# Exhibit C

Page 1

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SAMAR KAYYAL,            )
                         )
         Plaintiff,      )
                         )
     -vs-                ) Case No.
                         ) 1:17-cv-02718
ENHANCED RECOVERY        )
COMPANY, LLC, a/k/a ERC  )
and ENHANCED RESOURCE    )
CENTER,                  )
                         )
         Defendants.     )

The deposition of SAMAR KAYYAL,
called by the Defendants for examination, taken
pursuant to the Federal Rules of Civil
Procedure of the United States District Courts
pertaining to the taking of depositions before
MAUREEN A. WOODMAN, a notary public within and
for the County of Cook and State of Illinois,
at Suite 300, 550 West Adams Street, Chicago,
Illinois, on the 10th day of May, 2018, at the
hour of 1:00 o'clock p.m.

HUDSON REPORTING & VIDEO        1-800-310-1769

---

Page 2

```
 1   APPEARANCES:
 2     SULAIMAN LAW GROUP, LTD.
       BY:  MR. MARWAN R. DAHER and
 3         MR. ALEXANDER TAYLOR
           2500 South Highland Avenue
 4         Suite 200
           Lombard, Illinois  60148
 5         630.575.8181
           Ataylor@sulaimanlaw.com
 6         Mdaher@sulaimanlaw.com,
 7           on behalf of the Plaintiff;
 8     LEWIS BRISBOIS
       BY:  MR. JOHNER T. WILSON, III
 9         550 West Adams Street
           Suite 300
10         Chicago, Illinois  60661
           312.463.3340
11         Johner.Wilson@lewisbrisbois.com,
12           on behalf of the Defendants.
13
14
15
16
17
18
19
20
21
22
23
24
25
```

---

Page 3

```
 1             I N D E X
 2   WITNESS                      PAGE
 3   SAMAR KAYYAL
 4     Examination by Mr. Wilson.............4-51
       Examination by Mr. Daher.............51-53
 5
 6
 7
       - - - - - - - - - - - - - - - - -
 8
 9
            E X H I B I T S
10
     DEPOSITION EXHIBIT             PAGE
11
       1 ...................................47
12            (ATTACHED)
13
14
15
16
17
18
19
20
21
22
23
24
25
```

---

Page 4

```
 1             (Witness was duly
 2              sworn.)
 3            SAMAR KAYYAL,
 4   called as a witness herein, after having been
 5   first duly sworn, was examined and testified as
 6   follows:
 7            EXAMINATION
 8   BY MR. WILSON:
 9     Q.  Please begin by stating your full name
10   for the record, being careful to spell your
11   last name.
12     A.  Samar Kayyal.  K-A-Y-Y-A-L.
13     Q.  Any middle initial?
14     A.  No.
15     MR. WILSON:  Let the record reflect this is
16   the deposition of Ms. Samar Kayyal taken
17   pursuant to notice, continued from time to time
18   by agreement of the parties, taken pursuant to
19   the applicable rules of the Federal Rules of
20   Civil Procedure and also the local rules for
21   the Northern District of Illinois for the
22   taking of depositions.
23   BY MR. WILSON:
24     Q.  Have you ever given a deposition
25   before?
```

1 (Pages 1 to 4)

Page 5

1    A. Yes.
2    Q. And what were the circumstances that
3 led to you giving your deposition testimony
4 before?
5    A. It was so long ago, I don't even
6 remember.
7    Q. Most people try to forget taking
8 depositions. You don't remember at all?
9    A. No.
10    Q. Was it a personal-injury matter?
11    A. I don't even remember.
12    Q. When you say it was a so long ago, how
13 long would you estimate it was?
14    A. Fifteen, twenty years ago.
15    Q. Do you know if it was here in the City
16 of Chicago?
17    A. It was here in the City of Chicago.
18    Q. Was it within -- was it actually a
19 formal proceeding that was initiated?
20    A. It was similar to this.
21    Q. Were you a party to the --
22    A. Was I what?
23    Q. Were you a party to the matter?
24    A. No.
25    Q. Someone you knew?

Page 6

1    A. Yes.
2    Q. Have you given any deposition
3 testimony other than that?
4    A. No.
5    Q. Now, I imagine you've spoken with your
6 counsel about depositions in general. Let me
7 ask you, do you remember any of rules from your
8 deposition?
9    A. Not really.
10    Q. So the young lady sitting to your
11 left, sitting to my right, she is the court
12 reporter. She has the responsibility of taking
13 everything we say down here today. A few
14 things we can do to help her out. The first
15 thing is, it's very important that you keep
16 your responses verbal. Things that you may
17 normally do, like uh-huh, uh-uh, those don't
18 play out so well in the transcript. So it's
19 very important to keep your responses verbal
20 and where appropriate give a response. Okay?
21    A. Okay.
22    Q. It's also very important because she
23 is taking down everything we say here today
24 that you wait until I complete my question.
25 You may anticipate what I'm going to say, but

Page 7

1 it's important you wait until I complete my
2 question before you begin your answer, just to
3 make sure we have a clear transcript. Okay?
4    A. Okay.
5    Q. You may hear some fancy words from
6 time to time either by your counsel or from
7 myself, things like objection, as you see on TV
8 shows. There's no judge here, so no one's
9 ruling on those objections right now. Unless
10 your counsel tells you not to respond, it's
11 okay to respond. All right?
12    A. Okay.
13    Q. And then this is not a test for your
14 endurance. If at any time you need to take a
15 break for any reason, just let us know, and
16 we'll take break. All right?
17    A. Okay.
18    Q. The only caveat is that if you have a
19 question that you have not yet answered, I'm
20 going to ask that you answer the question, and
21 then we can take a break. All right?
22    A. Okay.
23    Q. And then -- sometimes I ask poorly
24 crafted questions. If there's any time you
25 don't understand what I'm asking you, feel free

Page 8

1 to ask me to repeat it or to ask it another
2 way, and I'll do my best to do that. All
3 right?
4    A. Okay.
5    Q. Then we'll operate under the
6 presumption if you answer a question, you
7 understood it. Is that fair?
8    A. That's fair. Okay.
9    Q. Do you know why you're here today?
10    A. I'm here because I was getting phone
11 calls that were very distracting. That's why
12 I'm here.
13    Q. Do you understand that you filed a
14 lawsuit?
15    A. Yes.
16    Q. And what's the factual basis for the
17 lawsuit?
18        You say you were getting phone
19 calls, and they were distracting. What else?
20    A. They were interrupting my workday, and
21 I was just -- phone call every other day or
22 every day. It was just interrupting my
23 driving. I'd be sitting with social events or
24 with family getting calls saying that, you
25 know, something about debt, and it was

Page 9

1  embarrassing.
2       When you're sitting with
3  somebody, and you're getting a phone call,
4  whether you're customers in my office, whether
5  with family, and they're asking for debt, I was
6  like, I don't owe any debt.
7    Q.  Okay.  What else?
8    A.  And it was embarrassing as heck.
9    Q.  Okay.
10   A.  Even when you're with customers, and
11 you get a phone call like that, it's like what
12 do you say to them?
13   Q.  What did you say to them?
14   A.  I would say, No.  Why are you calling
15 me?  Don't call.  And then the anxiety part of
16 it.  Just so much factored in.
17   Q.  Like what?
18   A.  Anxiety, the stress, me not sleeping.
19 Every time the phone rings, is it them again?
20   Q.  Anything else?
21   A.  That's enough.  Sleeping.
22   Q.  Anything else?
23   A.  That's embarrassing enough, especially
24 when you don't owe any debt.
25   Q.  What's your date of birth?

Page 10

1    A.  8/28/1966.
2    Q.  What's the last four digits of your
3  Social?
4    A.  Now you sound like a phone call.
5  8291.
6    Q.  Do you have a driver's license on you?
7    A.  Yes.
8    Q.  Would you mind producing a copy of it?
9    MR. DAHER:  Why does she need to produce a
10 copy of her driver's license?
11   MR. WILSON:  I'd like to verify
12 her identify.
13   MR. DAHER:  You can ask her.
14   MR. WILSON:  And I can look at her driver's
15 license.  Do you have an objection?
16   MR. DAHER:  I've never been in a deposition
17 where someone asked for a driver's license or a
18 Social.
19   MR. WILSON:  I do it all the time.
20      Thank you.
21   THE WITNESS:  You're welcome.
22 BY MR. WILSON:
23   Q.  Are you currently under the care,
24 treatment of any physician?
25   A.  No.

Page 11

1    Q.  Are you under the influence of any
2  medication that would affect your ability to
3  remember or recall?
4    A.  No.
5    Q.  Is there any reason why you would not
6  be able to proceed with your deposition here
7  today?
8    A.  No.
9    Q.  Have you taken any medication in the
10 past 24 hours?
11   A.  No.
12   Q.  Have you drank any alcohol in the past
13 24 hours?
14   A.  No.
15   Q.  Smoked any marijuana?
16   A.  No.
17   Q.  What, if anything, did you do to
18 prepare for your deposition here today?
19   A.  Just came here and sat with my
20 attorneys.
21   Q.  Did you review any documents?
22   A.  No.
23   Q.  Other than your attorneys, did you
24 speak with anyone else?
25   A.  No.

Page 12

1    Q.  Have you ever been known by any other
2  names?
3    A.  No.
4    Q.  Have you ever used any aliases or
5  anything like that?
6    A.  No.
7    Q.  Is Kayyal your maiden name?
8    A.  Yes.
9    Q.  What's your marital status?
10   A.  Divorced.
11   Q.  How long have you been divorced?
12   A.  Seven years.
13   Q.  What's your ex-husband's name?
14   A.  Which one?
15   Q.  The more recent one.
16   A.  Bob Sohl.  S-O-H-L.
17   Q.  How many times have you been married?
18   A.  Three.
19   Q.  How about the one prior to Bob Sohl?
20   A.  The one prior to that, Mohammed
21 Mustafa.
22   Q.  And then your first husband?
23   A.  Roy Wright.
24   Q.  W-R-I-G-H-T?
25   A.  Uh-huh.

3 (Pages 9 to 12)

Page 13

1  Q. Is that yes?
2  A. Yes.
3  Q. Thank you. Do you know an individual
4  by the name of Terrance Hunt?
5  A. No.
6  Q. Where do you currently live?
7  A. 16737 Paxton Avenue, Tinley Park,
8  Illinois, 60477.
9  Q. Do you own a cell phone?
10  A. Yes.
11  Q. What's the number associated with your
12  cell phone?
13  A. 708-743-4667.
14  Q. Who's the carrier for that number?
15  A. Verizon Wireless.
16  Q. How long have you had Verizon?
17  A. Several years.
18  Q. Several years, meaning more than
19  three?
20  A. Yes.
21  Q. So that -- you are counting from
22  today's date, so would that put us back in
23  2015?
24  A. Yes.
25  Q. Do you think you had it five years?

Page 14

1  A. You know, I don't remember how long
2  I've had it.
3  Q. But you know it's been longer than
4  three years?
5  A. Yes.
6  Q. Did you ever have to give any
7  deposition testimony related to either of your
8  divorces?
9  A. No.
10  Q. Do you have any children?
11  A. Yes.
12  Q. Do they currently live at home with
13  you?
14  A. No.
15  Q. What are their ages?
16  A. My oldest is 1995 -- '85. My
17  daughter's '90. And my youngest is '95. The
18  year.
19  Q. Of birth, correct?
20  A. Uh-huh.
21  Q. Are any of your three children
22  dependent upon you financially?
23  A. No.
24  Q. Is there anyone that is dependent upon
25  you financially?

Page 15

1  A. No.
2  Q. Are you currently employed?
3  A. Yes.
4  Q. You mentioned customers earlier. What
5  do you do?
6  A. Supervisor for a construction company.
7  Divisional supervisor.
8  Q. How large is the territory that you
9  supervise?
10  A. How large of a territory?
11  Q. You said divisional supervisor.
12  A. The north end. Everything just about
13  north of I-55.
14  Q. As far north as what?
15  A. Addison, Aurora, Montgomery.
16  Q. I-55 would be the border to the south,
17  correct?
18  A. In terms of the construction company,
19  yes.
20  Q. And what's the border in terms of the
21  north?
22  A. The border would be -- Addison is my
23  furthest.
24  Q. Addison as in the street or as in the
25  community?

Page 16

1  A. Addison, Illinois.
2  Q. Thank you. What's the name of the
3  company you work for?
4  A. Hartz Construction Company.
5  Q. Is that H-A-R-T?
6  A. H-A-R-T-Z.
7  Q. Where is Hartz located?
8  A. Woodridge, Illinois.
9  Q. How long have you been employed at
10  Hartz?
11  A. 20 years.
12  Q. How long have you been the division
13  supervisor?
14  A. Oh, God, 16 years.
15  Q. What's your highest level of education
16  you've completed?
17  A. High school.
18  Q. Where did you attend?
19  A. Hubbard High School.
20  Q. South side, isn't it?
21  A. Yes.
22  Q. Any college afterwards?
23  A. No.
24  Q. Any certification programs or anything
25  like that?

4  (Pages 13 to 16)

Page 17

1  A. Through my employer, yes.
2  Q. Which ones?
3  A. CPA, certified sales professional.
4  Blueprint courses. Sales seminars.
5  Q. Okay. So you have certificates?
6  A. Yeah. Yes.
7  Q. But no degrees?
8  A. No.
9  Q. No offense. Have you ever been
10 convicted of a felony?
11 A. No.
12 Q. What's your home -- have you been at
13 the address that you gave me in Tinley Park for
14 longer than five years?
15 A. No.
16 Q. How long have you lived at that
17 residence?
18 A. This May will be four.
19 Q. And where did you live immediately
20 prior?
21 A. Frankfort, Illinois.
22 Q. How long did you live in Frankfort?
23 A. About 11 years.
24 Q. Do you recall the Frankfort address?
25 A. No. I know the street, Blackthorn.

Page 18

1  Q. Did you live there with your most
2  immediate ex-husband?
3  A. Yes.
4  Q. What is the data plan and the wireless
5  connection terms and conditions for your cell
6  phone with Verizon?
7  A. My data plan is -- I have -- it's
8  unlimited. I have the unlimited plan.
9  Q. Is it unlimited on calls as well?
10 A. Yes.
11 Q. Text messages as well?
12 A. Yes.
13 Q. Now, you mentioned receiving phone
14 calls from debt collectors. Do you remember
15 when you said that testimony? Earlier today,
16 do you remember when you said -- you told me
17 you receive calls from debt collectors?
18 A. No, not debt collectors, just that
19 debt collector.
20 Q. Which one are you talking about?
21 A. It was an ERGC, something like that.
22 I never received a call from debt collectors
23 other than them.
24 Q. If I said ERC, does that sound about
25 right to you?

Page 19

1  A. Yes.
2  Q. And how do you know the calls came
3  from ERC?
4  A. I Googled it. I didn't know prior,
5  but I Googled it.
6  Q. When did you Google it?
7  A. Sometime in December.
8  Q. December of what year?
9  A. Around Christmas.
10 Q. Of this last Christmas?
11 A. Yes.
12 Q. So December of 2017?
13 A. Yes.
14 Q. What did you Google?
15 A. I Googled -- I Googled debt
16 collectors. And then ERC, when the lady
17 called, she mentioned it. And then I wanted to
18 know who that was.
19 Q. Okay. How did you know the calls came
20 from ERC?
21 A. When they called me, they mentioned
22 it.
23 Q. So based upon hearing the name ERC,
24 you then Googled it?
25 A. Yeah. And that was just the one time.

Page 20

1  Q. You Googled it one time?
2  A. Yeah, before that they were calling
3  and asking, and I would say, I don't know what
4  you're calling for. And they would hang up.
5  Or I would hang up.
6  Q. You would hang up or they would hang
7  up?
8  A. Different times. Just depended where
9  I was or what the scenario was.
10 Q. Let's think through the times where
11 the person you spoke to on the phone hung up.
12 Can you walk me through those scenarios?
13 A. I don't remember.
14 Q. Can you tell me anything about the
15 occasion?
16 A. There were so many calls. I
17 couldn't -- I don't remember. I was in the
18 middle of with a customer or driving. It was
19 just annoying to get those calls.
20 Q. Okay. Tell me about the times when
21 you hung up. Was it more than one?
22 A. Yes.
23 Q. How many would you say?
24 A. I don't remember how many. There was
25 a lot of calls.

5 (Pages 17 to 20)

Page 21

1  Q. Of the times the agent hung up, how
2  many times would you say?
3  A. After I would answer and say, Who is
4  this, and what are you calling for, and they
5  would hang up. Or I'd hear a noise in the
6  background, and I'm like, Who is this calling
7  me? Why are you calling? Then they would just
8  click.
9  Q. And how many times would you say that
10  happened?
11  A. Many times.
12  Q. More than one?
13  A. More than once.
14  Q. More than five?
15  A. Yes.
16  Q. More than ten?
17  A. Yes.
18  Q. More than twenty?
19  A. Yes. Over the course, yes.
20  Q. Over the course of what?
21  A. Since I Googled it.
22  Q. What about before you Googled it?
23  A. They called.
24  Q. Give me -- is there a certain time
25  when the calls began?

Page 22

1  A. I couldn't tell you exactly when they
2  began.
3  Q. Ballpark?
4  A. Over a year.
5  Q. From today's date?
6  A. Yes.
7  Q. So March of 2017 is when they began?
8  A. I don't know the exact date.
9  Q. Do you remember the time of the year?
10  A. Around Christmas.
11  Q. Around Christmas is when they began?
12  A. I believe so, yes.
13  Q. And do you remember -- or did they end
14  at some point?
15  A. They ended after I finally told them,
16  Why are you calling? What are you calling for?
17  Stop calling. Take me off your list. I was
18  getting aggravated. I was getting upset. And
19  that's when they finally stopped. I said, I'm
20  going to reach out to my attorneys.
21  Q. Did you request they remove you from
22  the list, and that's when this stopped?
23  A. The calls stopped, and that's when I
24  called my attorneys.
25  Q. So you said around Christmastime. I

Page 23

1  want to make sure I understand you correctly.
2  Are you saying Christmastime of 2016 or
3  Christmastime of 2017, meaning like just six
4  months ago?
5  A. Past year. It's been a year.
6  Q. So Christmas before -- Christmas of
7  2016?
8  A. It could have been. I can't pinpoint
9  it. It's not like you sit in and you
10  say -- it's been awhile.
11  Q. I'm just trying to get a time frame.
12  I'm trying to see if we're talking about within
13  the past six months or if we're talking about
14  over a year ago?
15  A. Over a year ago.
16  MR. DAHER: Objection. Asked and answered.
17  MR. WILSON: Thank you.
18  BY MR. WILSON:
19  Q. During the times -- I know you
20  mentioned the one-time occasion when you asked
21  what were the calls pertaining to, and you made
22  the request, and they stopped calling you, they
23  removed you from the list. Did they ever tell
24  you why they were calling you?
25  A. There was -- when they would call,

Page 24

1  they would -- I'm trying to -- it was so
2  annoying that I probably -- I would just, Who
3  is this? Why are you calling me? And hang up.
4  And I would say, Stop.
5  Q. Did you ever actually have a
6  conversation with anyone?
7  A. No, except for the one time when I
8  told them to stop. It wasn't a conversation.
9  It was just basically, Stop calling.
10  Q. And did you call ERC, or did they call
11  you on the occasion you're talking about?
12  A. I don't remember.
13  Q. Had you ever called ERC?
14  A. I don't remember.
15  Q. You mentioned that the phone calls
16  would come when you were driving or with
17  customers or with family. Did you ever receive
18  a phone call -- strike that.
19  Do you remember what time of day
20  those phone calls would come in?
21  A. Numerous times.
22  Q. Is there a range that you recall?
23  A. Random calls. I mean just random
24  times.
25  Q. What would be the earliest that you

6 (Pages 21 to 24)

Page 25

1    had ever received a call?
2        A.  Could have been 10:00 a.m.
3        Q.  And the latest?
4        A.  6:00, 7:00, 8:00.  Driving in the car,
5    on the expressway, getting distracted.  It was
6    annoying.
7        Q.  How did you know calls were coming
8    from ERC?
9        A.  I didn't know, they would call me.
10   But you're in the middle of something else, and
11   you're just like stopped.
12       Q.  I know you mentioned the one occasion
13   when you Googled it.
14           How did you -- you just Googled
15   the name ERC?
16       A.  I Googled -- it was a debt collector.
17   I got to the closest ERC, ERG.  I didn't know
18   exactly.  I Googled it, and that's what came
19   up.
20       Q.  Then you just presumed that was --
21       A.  I freaked out.  I don't owe anything.
22       Q.  But how did you get to the -- how did
23   you get to the point where you said this is the
24   individual or the entity that's calling me?
25       MR. DAHER:  Objection.  Asked and answered.

Page 26

1    BY MR. WILSON:
2        Q.  How did you come to that conclusion?
3        A.  Answer it?
4        MR. DAHER:  Yes.
5        THE WITNESS:  I came to the conclusion when
6    they -- when they called me, and they're like,
7    You owe debt.  I'm like, I owe no debt.  Why
8    are you calling me?  Who is this?
9    BY MR. WILSON:
10       Q.  And who told you that you owed the
11   debt?
12       A.  Whoever was on the other line.
13       Q.  Is this on the conversation you talked
14   about when you said you requested them to stop
15   calling, is it during that conversation?
16       A.  Yes.
17       Q.  Was it a male or female you spoke
18   with?
19       A.  The only time I spoke with someone was
20   a female.
21       Q.  Did you discuss anything other than
22   what we've already discussed here today?
23       A.  No.
24       Q.  Was there anyone present during that
25   conversation you had?  With you.

Page 27

1        A.  No.
2        Q.  How long would you say the
3    conversation lasted?
4        A.  Few seconds.  It was so fast.
5        Q.  More than three seconds?
6        A.  I don't remember.  It was quick.  Stop
7    calling.  What do you need?  Debt collector.
8    Stop calling me.
9        Q.  Would you say it was less than five
10   seconds?
11       A.  Probably longer.
12       Q.  Less than ten?
13       A.  Maybe ten, twenty seconds, if I had to
14   guess.  I didn't have a time clock.
15       Q.  I understand.
16       A.  Could have been longer.
17       Q.  Was it less than a minute?
18       A.  Yeah.  Like I said, I didn't have a
19   time clock.  I couldn't tell you the exact
20   seconds, minutes.
21       Q.  Understood.  Do you think it was less
22   than a minute?
23       MR. DAHER:  Objection.  Asked and answered.
24       THE WITNESS:  I couldn't tell you.  I
25   didn't have a time clock.

Page 28

1    BY MR. WILSON:
2        Q.  Thirty seconds to a minute?
3        A.  I couldn't tell you.  I didn't have a
4    time clock.
5        Q.  Five minutes?
6        A.  I couldn't tell you.  It is not like I
7    sit there with a time clock and let me time my
8    calls of random people calling.  No, I couldn't
9    tell you.
10       Q.  Did you record any of the
11   conversations?
12       A.  No.
13       Q.  Or the conversation I should say.
14       A.  No.
15       Q.  Are you aware if any of the -- if that
16   conversation was recorded?
17       A.  I'm not aware.
18       Q.  The conversation that you do remember,
19   do you recall where you were when that
20   conversation occurred?
21       A.  In my office at work.
22       Q.  Do you have a private office, meaning
23   you have a door that leads to a space that only
24   you occupy, or is it a shared space?
25       A.  It's me in the office, but it's to the

Page 29

1  public. So customers walk in and out at
2  various times randomly. And I get distracted.
3  And then if a customer walked in the door, it
4  was just you're so -- what's the word I'm
5  looking for? When somebody calls you, and you
6  are annoyed, and then you have to put on a
7  presentation when a customer walks in the door.
8  It wasn't healthy.
9      Q. Okay. During the conversation that
10 you had, did the representative ever tell you
11 who they were actually trying to reach?
12     A. No.
13     Q. Did you ever tell the representative
14 that they were contacting the wrong number?
15     A. I would tell them, Stop calling me.
16     Q. Is that a yes or no to my question?
17     A. Yes.
18     Q. Yes, you told them they were calling
19 the wrong number?
20     A. I would tell them -- when they would
21 call, I'd say, Stop calling. So I would tell
22 them to stop calling me.
23     Q. But you did not tell them that they
24 were calling the wrong number?
25     MR. DAHER: Objection. Asked and answered.

Page 30

1      MR. WILSON: Actually, she has not answered
2  my question. She told me what she said. My
3  question is very specific, Did you ever tell
4  them that they were calling the wrong number.
5  Her saying stop calling is not answering my
6  question. That's not my question. My question
7  is not what did she say. I'm asking it very
8  specifically. It's yes or no.
9      MR. DAHER: You can ask it seven times. I
10 don't think her answer is going to change.
11     MR. WILSON: It may not change, and we will
12 certify the question because she is not
13 answering my question, and we will strike it as
14 nonresponsive.
15 BY MR. WILSON:
16     Q. My question is: Did you ever tell
17 them they were calling the wrong number? I
18 understand your testimony to be you said, Stop
19 calling.
20     A. Yes.
21     Q. Did you ever tell them that they were
22 calling the wrong number?
23     A. Yes.
24     Q. When did you do that?
25     A. Several times. I mean when they would

Page 31

1  call, either wrong number or stop calling me or
2  wrong number. I don't know exactly time and
3  dates.
4      Q. Appreciate that. But would you say,
5  Wrong number?
6      A. Yes.
7      Q. And how many times do you think you
8  did that?
9      A. Many times. Every time. Or, Stop
10 calling. Yeah, when someone calls you, it's,
11 Wrong number or stop calling. Why do you keep
12 calling me? You obviously know it's the wrong
13 number.
14     Q. What, if anything, did the
15 representative say to you in response?
16     A. What representative?
17     Q. Well, when you would say, Wrong
18 number, stop calling, the litany you just gave
19 me, what, if anything, would the representative
20 say back to you?
21     A. They would hang up.
22     Q. They would hang up?
23     A. Uh-huh. Or I would hang up.
24     Q. Someone would hang up?
25     A. Someone would hang up.

Page 32

1      Q. You would hang up -- they would hang
2  up sometimes?
3      A. Yeah.
4      Q. And you would hang up sometimes?
5      A. Uh-huh.
6      Q. Is that yes?
7      A. Yes. Sorry.
8      Q. How many times did ERC contact you
9  after you told them it was the wrong number?
10     A. They would still keep calling.
11     Q. How many times?
12     A. Several times. Many times. I can't
13 pinpoint an exact number, because it wasn't in
14 my schedule to, you know -- many times.
15     Q. When do you recall the first time you
16 said calling the wrong number?
17     A. Probably the first time.
18     Q. The first time?
19     A. Uh-huh.
20     Q. Around Christmastime?
21     A. Yes.
22     Q. Do you know what an automatic
23 telephone dialing system is?
24     A. Not really.
25     Q. Not really means maybe somewhat?

8 (Pages 29 to 32)

Page 33

1     A. No.
2     Q. Have you ever heard that term?
3     A. No.
4     Q. So you have no understanding of
5 automatic -- what an automatic telephone
6 dialing system is or what it does?
7     A. No.
8     Q. You know, you're here because you
9 filed -- a lawsuit was filed on your behalf,
10 correct?
11     A. Yes.
12     Q. Do you know what the claims are that
13 are advanced in that lawsuit?
14     A. Repeat that.
15     Q. Do you know what the claims are that
16 are advanced in your lawsuit?
17     MR. DAHER: Objection. Calls for a legal
18 conclusion.
19     THE WITNESS: The claims were they were
20 harassing me. They were calling, interrupting
21 my daily life. It was anxiety, stress. It was
22 annoying. That is why I called my attorneys.
23 BY MR. WILSON:
24     Q. Okay.
25     A. When you reach a point and someone

Page 34

1 keeps calling, and you tell them to stop, and
2 it's disrupting my work schedule, and it's
3 disrupting family life, you reach a point where
4 I'm going to call my attorney.
5     Q. Did ERC call you using an automatic
6 telephone dialing system?
7     MR. DAHER: Objection. Calls for a legal
8 conclusion.
9     THE WITNESS: I heard people in the
10 background. That's all I can say.
11 BY MR. WILSON:
12     Q. What else did you hear?
13     A. I could just hear it was -- I could
14 hear people in the background, that's all I
15 heard.
16     Q. So if I understand you correctly, you
17 do not know if ERC called you using an
18 automatic telephone dialing system?
19     MR. DAHER: Objection. Asked and answered.
20 Objection. Calls for a legal conclusion. She
21 is not an expert.
22     MR. WILSON: Understood. I'm asking her if
23 she knows.
24     MR. DAHER: She can answer.
25     THE WITNESS: I heard people in the

Page 35

1 background. That's all I know.
2 BY MR. WILSON:
3     Q. That doesn't quite answer my question,
4 though.
5        My question is not what you
6 heard. My question is, do you know if ERC
7 called you using an automatic telephone dialing
8 system?
9     MR. DAHER: Same objection.
10     THE WITNESS: They did not. There was a
11 human being. Somebody called me.
12 By MR. WILSON:
13     Q. Did ERC ever call you at a telephone
14 number other than your cell number ending in
15 4667?
16     A. That's the only number I have.
17     Q. So that would be no?
18     A. No.
19     Q. Has anyone from ERC ever left you a
20 voicemail?
21     A. I don't have voicemail set up.
22     Q. When you say you don't have voicemail
23 set up, do you mean that you don't personally
24 say, Hi, you've reached Samar --
25     A. I do not have a voicemail.

Page 36

1     Q. No one can leave you a message?
2     A. No. It's annoying.
3     Q. Voicemails are annoying?
4     A. Uh-huh.
5     Q. Yes?
6     A. Yes.
7     Q. Okay.
8     A. Calls from numbers you don't know are
9 annoying also.
10     Q. Have you ever communicated with ERC in
11 writing?
12     A. No.
13     Q. Has ERC ever called you more than once
14 in a single day?
15     A. Yes.
16     Q. How many times do you recall ERC
17 contacting you in a single day?
18     A. Could have been four. Three, four,
19 five times.
20     Q. Are you speaking three, four, five
21 times a day?
22     A. In a single day.
23     Q. And on how many occasions do you
24 recall getting contacted multiple times in a
25 single day?

9 (Pages 33 to 36)

Page 37

1      A.  I mean some days might have been
2  twice.  Some days might have been three times.
3  Some days might have been four.
4      Q.  Okay.  I understand that it wasn't the
5  same number of times each day.  I understand.
6  As I understand your testimony.  I get that.
7          My question is:  How many times
8  in one -- how many days did you receive
9  multiple phone calls in a single day?
10     A.  Many times.
11     Q.  Can you give me a ballpark?
12     A.  I can't.  Many times.
13     Q.  More than five?
14     A.  Yes.
15     Q.  More than ten?
16     A.  Yes.
17     Q.  More than fifteen?
18     A.  That I couldn't tell you.
19     Q.  So, as you recall it, somewhere
20  between ten and fifteen?
21     A.  In a single day.
22     Q.  That's how many times you received
23  multiple phone calls in a single day?
24     A.  Yes.
25     Q.  Somewhere between five and fifteen?

Page 38

1      A.  Yes.
2      Q.  Tell me about this anxiety that you
3  experienced.  How would that manifest?
4      A.  Anxiety, I would not sleep.  I'd
5  start -- every time the phone would ring, it
6  would just -- anxiety.  I'd start shaking in
7  the car when the phone calls would come in.
8  Yeah, I'd start basically shaking, getting
9  nervous, getting all worked up.
10     Q.  Did you ever seek any medical
11  attention?
12     A.  No.
13     Q.  Did you ever tell --
14     A.  Just inhale and exhale.
15     Q.  Did you ever try yoga?
16     A.  Pardon?
17     Q.  Did you ever try yoga?
18     A.  In my car with a phone call, I'm like,
19  Okay.  Never tried yoga.  Probably should.
20     Q.  You said that -- so you get worked up,
21  shaking, and you did not seek any medical
22  treatment for that.  Did you take any
23  medication?
24     A.  No.  Sauna, the gym.
25     Q.  Work it out?

Page 39

1      A.  Relax.
2      Q.  How often do you go to the gym?
3      A.  I try to go two, three times a week.
4      Q.  Treadmill, elliptical?
5      A.  Here, there.
6      Q.  You mentioned stress.  How would it
7  cause you stress?  How would that manifest?
8      A.  I'm at work, customers walk in.  You
9  get off the phone, somebody asking you
10  about debt, that causes stress.
11     Q.  How would the stress manifest?
12     MR. DAHER:  Objection.  Asked and answered.
13  It's the same question.
14     MR. WILSON:  She said it caused stress.
15  She hasn't told me how it manifests.
16     THE WITNESS:  It disrupted my sales.
17  BY MR. WILSON:
18     Q.  Did you ever lose any sales?
19     A.  Anything's possible.
20     Q.  Is that yes or no?
21     A.  Yes.  Could have been.  I mean when a
22  customer walks in the door, and I'm all shooken
23  up and stressed out, walk out.
24     Q.  Have customers walked out?
25     A.  Yes.

Page 40

1      Q.  Have you ever actually engaged a
2  customer, and after the engagement they still
3  walk out?
4      A.  Yes.
5      Q.  So you've had customers that have
6  chosen not to use your services even when you
7  did not receive a phone call from ERC or anyone
8  else, correct?
9      A.  Did depends on the day, but, yes.
10     Q.  That's happened before?  That's not
11  uncommon?
12     A.  It's not uncommon, but it does disrupt
13  your focus and, you know, talking to the
14  customer when you're stressed out.
15     Q.  I appreciate that.  Thank you for
16  sharing.
17          You mentioned it was also
18  embarrassing?
19     A.  Yes.
20     Q.  Tell me about the embarrassment you
21  experienced?
22     A.  Playing cards, my phone, and I have a
23  tendency sometimes to answer phones on speaker,
24  yeah, and, you know, You owe debt.  And it's
25  like they look at you, I'm like, Whoa.  That

10  (Pages 37 to 40)

Page 41

1    itself is embarrassing.
2        Q.  When the calls come in, does your
3    phone automatically answer on speaker, or do
4    you have to touch a button in order to activate
5    the speaker?
6        A.  I have to touch a button.
7        Q.  So you chose to activate the speaker?
8        A.  At times.  Depends if my hands are
9    full, if I'm washing dishes, sitting there
10   playing cards, whatever the circumstance.
11       Q.  When you activate the speaker, you are
12   playing cards, you are not playing by yourself,
13   are you?
14       A.  No.
15       Q.  There are other people around?
16       A.  Yes.  What game can you play cards
17   yourself?
18       MR. DAHER:  Solitaire.
19   BY MR. WILSON:
20       Q.  You can play solitaire?
21       A.  I don't play solitaire.
22       Q.  My grandmother plays Bid Whist against
23   herself.  Maybe she is just very good, you
24   know.  You can play Uno by yourself.
25       A.  I don't know.

Page 42

1        Q.  So what are your damages?
2        A.  My damages are I lost sleep.  I'm
3    stressed out.  I just -- just the anxiety part,
4    in my workplace with customers.  My damages are
5    this is disrupting my life.
6        Q.  Have you ever been disciplined by your
7    employer?
8        A.  Have I ever been disciplined by my
9    employer regarding this?
10       Q.  In general.
11       A.  No.
12       Q.  Have you ever been disciplined by your
13   employer regarding these phone calls that you
14   say you're receiving?
15       A.  No.
16       Q.  What are your monetary damages?
17       A.  I possibly could have lost sales.
18       Q.  Anything beyond that?
19       A.  No.
20       Q.  How did you first hear -- I heard you
21   refer to your lawyers.  Who are your lawyers?
22       A.  Sulaiman Law Group.
23       Q.  And how did you first hear about
24   Sulaiman Law Group?
25       A.  Sulaiman Law Group, friends, people.

Page 43

1    They know -- they're well-known.
2        Q.  Tell me about the friends.
3        A.  Probably in a gathering at Sulaiman
4    Law Group and Arab communities.  We all know
5    each other.  I can't tell you exactly one
6    person that mentioned it, but they're
7    well-known.
8        Q.  And did they mention one of the
9    members of the firm in particular or just the
10   firm in general?
11       A.  Firm in general.
12       Q.  Do you recall when someone would have
13   first mentioned them to you?
14       A.  No.
15       Q.  Did you use a referral service to get
16   to Sulaiman Law Group?
17       A.  No.
18       Q.  When did you formally meet with anyone
19   from the Sulaiman Law Group the first time?
20       A.  I don't remember.
21       Q.  Was it at work?
22       A.  Did I meet with them or talked to
23   them?
24       Q.  That you formally met, like actually
25   in person.

Page 44

1        A.  I couldn't tell you exactly when.
2        Q.  Was it playing cards?
3        A.  No.
4        Q.  Are you familiar with Eva Street
5    Advisors?
6        A.  No.
7        Q.  Have you had any interactions with Eva
8    Street Advisors?
9        A.  No.
10       Q.  Are you familiar with Privacy Star?
11       A.  No.
12       Q.  Do you have the Privacy Star app?
13       A.  No.
14       Q.  What kind of phone do you have?  The
15   actual make and model of your phone.
16       A.  The Galaxy S7.
17       Q.  I want to play something for you.
18   I'd like you to tell me -- if you can listen to
19   something, and I'll ask you a few questions
20   about it.
21           (Playing audio recording.)
22   BY MR. WILSON:
23       Q.  So I played an audio recording for you
24   just moments ago.  Did you hear it?
25       A.  That?

11  (Pages 41 to 44)

Page 45

1    Q.  Yes.
2    A.  I heard it.
3    Q.  Did you hear any exchange or any
4  communications between individuals?
5    A.  No.
6         (Playing audio recording.)
7    Q.  Did you hear any audible voices or
8  anything on the video -- audio recording I just
9  played for you?
10   A.  I heard something in the beginning.
11   Q.  What did you hear?
12   A.  It was like do-do-do-do.
13   Q.  Nothing you can identify?
14   A.  It's not -- do-do-do-do.  Somebody
15  calling.
16   Q.  Did you hear any voices?
17   A.  No.
18        (Playing audio recording.)
19   Q.  I played another recording, the third
20  recording, for you.  Did you hear anything?
21   A.  Just a shhh in the beginning.
22   Q.  Anything other than that?
23   A.  That's it.
24   Q.  Any voices?
25   A.  No.

Page 46

1    Q.  Any communications?
2    A.  No.
3         (Playing audio recording.)
4    Q.  I just played for you an audio
5  recording.  You heard it, correct?
6    A.  Uh-huh.
7    Q.  Do you recognize any of the voices
8  that were on that recording?
9    A.  No.
10   MR. DAHER:  We weren't produced that
11  recording.
12   MR. WILSON:  Are you sure you weren't
13  produced that recording?
14   MR. DAHER:  A hundred percent.  We were
15  produced four recordings.  That was not one of
16  them.  Can you produce that when you get a
17  chance?
18   MR. WILSON:  I'm pretty sure we did.  These
19  are the ones I pulled from what we did produce.
20   MR. DAHER:  I'm looking into it.  There
21  were four recordings.  This would be the fifth.
22        (Playing audio recording.)
23  BY MR. WILSON:
24   Q.  Did you recognize any of the voices
25  that are on that recording?

Page 47

1    A.  That was me.
2    Q.  When you say that was me, that was the
3  phone call that you --
4    A.  Take me off the list.
5    Q.  And that's the conversation you and I
6  talked about here today?
7    A.  Yeah.
8    Q.  Any other conversations that you had
9  outside of that?
10   A.  I don't remember.
11   Q.  Do you recognize that as being your
12  voice?
13   A.  Yes.
14   Q.  After that conversation, did you have
15  any other -- did you receive any other phone
16  calls?
17   A.  I don't remember.  I don't.
18   Q.  Let me show you what we will mark as
19  your deposition Exhibit No. 1.
20        (WHEREUPON, said
21         document was marked as
22         Kayyal Deposition
23         Exhibit No. 1 for
24         Identification.)
25        Showing you what we're marking

Page 48

1  as your deposition Exhibit No. 1.  Take a
2  moment and look at that document for me.  Have
3  you ever seen this document before?
4    A.  No.
5    Q.  I will represent to you that it is a
6  call list.  I want you to look in the -- at the
7  upper portion of the page.  You'll see there
8  are categories, correct?
9    A.  Call center, service, name, account.
10   Q.  I want you to move over to the area
11  where it says phone dialed.  Do you see where
12  I'm referencing?
13   A.  Phone dialed.  Okay.
14   Q.  Do you see where I'm referencing?
15   A.  Uh-huh.
16   Q.  Is that yes?
17   A.  Yes.
18   Q.  Underneath that designation phone
19  dial, there is a number listed, correct?
20   A.  A number, yes.
21   Q.  And the number listed, is that your
22  cell phone number?
23   A.  Yes.
24   Q.  I want you to look at the date -- you
25  see just to the right of that two columns over

12  (Pages 45 to 48)

Page 49

1  there is a column that says date?
2  A.  Yes.
3  Q.  In that section, I want you to find
4  for me the date of December 16th, 2016?
5  A.  December 16th, Friday.  Got it.
6  Q.  There was a call that came in at
7  11:43:01?
8  A.  Yes.
9  Q.  And that's a.m., correct?
10  A.  Yes.
11  Q.  And then it ended at 11:43:16 a.m., so
12  about fifteen seconds?
13  A.  Yes, if that's what it reads.
14  Q.  And then there's another call on
15  Thursday, December 22nd, correct?
16  A.  Thursday, December 22nd, yes.
17  Q.  That call came in around 1:52:45 p.m.?
18  A.  Yes.
19  Q.  And it ended about 1:53:07 p.m.?
20  A.  Yes.
21  Q.  So that call was approximately like 22
22  seconds?
23  A.  Sure.  If you say so.
24  Q.  Just counting it up.
25  A.  Yeah.

Page 50

1  Q.  And then going down to March 7th,
2  2017, there's an entry there, a phone call came
3  in at 10:50:03 a.m.?
4  A.  March, March -- where am I at?  March
5  7th, the last one?
6  Q.  Correct.
7  A.  Okay.
8  Q.  And that's 10:50:03 a.m.?
9  A.  Yes.
10  Q.  And then that call ended about
11  10:50:52 a.m.?
12  A.  Yes.
13  Q.  So about 40 seconds or so?
14  A.  Yes.
15  Q.  And then there's a -- the last entry,
16  which is Friday, March 24th, do you see that
17  one, 2017?
18  A.  March -- I have the 7th.
19  Q.  There's another one.  At the very
20  bottom.  Do you see that?
21  A.  Yes.
22  Q.  That call is actually an inbound call,
23  isn't it?
24  A.  Inbound?  Yes.
25  Q.  And that's your number that's

Page 51

1  reflected there, isn't it?
2  A.  Yes.
3  Q.  And that call came in on March 24th,
4  2017, at about 1:10:07 p.m.?
5  A.  While I was at work.
6  Q.  And it ended about 1:14:07 p.m.?
7  A.  Yes.
8  Q.  And, again, those -- that's your
9  number that's reflected there, correct?
10  A.  Yes.  That's -- it was annoying.  Very
11  annoying.
12  MR. WILSON:  I have no further questions.
13  Thank you.
14  MR. DAHER:  I have a couple of questions
15  for you.
16  EXAMINATION
17  BY MR. DAHER:
18  Q.  You pay your cell phone bill, correct?
19  A.  Yes.
20  Q.  How much do you pay a month?
21  A.  105 a month.
22  Q.  And that's only for you?
23  A.  For me.
24  Q.  Do you know how ERC got your phone
25  number?

Page 52

1  A.  I don't know.
2  Q.  Do you have any collection accounts?
3  A.  None.
4  Q.  In the past year?
5  A.  No.
6  Q.  In the past two years?
7  A.  None.
8  Q.  Past three years?
9  A.  None.
10  Q.  You told ERC to stop calling you more
11  than once, correct?
12  A.  Yes.
13  Q.  Do you know what automatic --
14  MR. WILSON:  I'm going to object to the
15  extent it mischaracterizes prior testimony.  Go
16  ahead.
17  BY MR. DAHER:
18  Q.  Do you know what an automatic
19  telephone dialing system is?
20  MR. WILSON:  Objection.  Asked and
21  answered.
22  THE WITNESS:  No.
23  BY MR. DAHER:
24  Q.  Are you an expert in technology?
25  A.  No.

13  (Pages 49 to 52)

Page 53

1     Q.  Did you hear a pause when you answered
2  calls from ERC?
3     A.  There were so many, I -- I heard
4  people in the background.  You could hear
5  stuff, but I'm not an expert, like you said.
6     MR. DAHER:  That's all I have.
7     THE WITNESS:  I couldn't tell you auto from
8  human.  You can tell when a human person talks.
9     MR. WILSON:  I have nothing further.  Thank
10  you very much for coming down here today.
11  Signature?
12     MR. DAHER:  I'll waive it.
13            (WHEREUPON, the deposition
14            was adjourned at 2:08 p.m.)
15
16
17
18
19
20
21
22
23
24
25

Page 54

1  STATE OF ILLINOIS )
               ) SS:
2  COUNTY OF C O O K )
3     I, MAUREEN A. WOODMAN, Certified Shorthand
4  Reporter and Notary Public in and for the
5  County of Cook and State of Illinois, do hereby
6  certify that SAMAR KAYYAL was first duly sworn
7  to testify the whole truth and that the above
8  deposition was recorded stenographically by me,
9  and was reduced to typewriting under my
10  personal direction.
11     I further certify that the said deposition
12  was taken at the time and place specified.
13     I further certify that I am not a relative
14  nor employee or attorney nor counsel of any of
15  the parties, nor a relative or employee of such
16  attorney nor counsel nor financially interested
17  directly nor indirectly in this action.
18     In witness whereof, I have hereunto set my
19  hand and affixed my seal of office at Chicago,
20  Illinois, this 12th day of June
21  A.D., 2018.
22
23            MAUREEN A. WOODMAN, C.S.R.
24            License No.  084-002740
25

Page 55

1         SIGNATURE PAGE OF SAMAR KAYYAL
2  Page    Line    Should be Changed to Read
3  ____  ____  _____
4  ____  ____  _____
5  ____  ____  _____
6  ____  ____  _____
7  ____  ____  _____
8  ____  ____  _____
9  ____  ____  _____
10  ____  ____  _____
11  ____  ____  _____
12  ____  ____  _____
13  ____  ____  _____
14  ____  ____  _____
15  ____  ____  _____
16  ____  ____  _____
17  ____  ____  _____
18
19     I, SAMAR KAYYAL, hereby certify that I have read the
    transcript of my testimony taken under oath and that the
20  transcript is a true and complete record of my testimony, and
    that the answers on the record as given by me are true and
21  correct.
        _____
22        SAMAR KAYYAL
23  Sworn to before me
    this____ day of _____, 2018
24
    _____
25    Notary Public

14  (Pages 53 to 55)

**A**

**A.D** 54:21
**a.m** 25:2 49:9,11
  50:3,8,11
**a/k/a** 1:7
**ability** 11:2
**able** 11:6
**account** 48:9
**accounts** 52:2
**action** 54:17
**activate** 41:4,7
  41:11
**actual** 44:15
**Adams** 1:18 2:9
**Addison** 15:15
  15:22,24 16:1
**address** 17:13
  17:24
**adjourned** 53:14
**advanced** 33:13
  33:16
**Advisors** 44:5,8
**affect** 11:2
**affixed** 54:19
**agent** 21:1
**ages** 14:15
**aggravated**
  22:18
**ago** 5:5,12,14
  23:4,14,15
  44:24
**agreement** 4:18
**ahead** 52:16
**alcohol** 11:12
**ALEXANDER**
  2:3
**aliases** 12:4
**annoyed** 29:6
**annoying** 20:19
  24:2 25:6
  33:22 36:2,3,9
  51:10,11
**answer** 7:2,20
  8:6 21:3 26:3
  30:10 34:24
  35:3 40:23

41:3
**answered** 7:19
  23:16 25:25
  27:23 29:25
  30:1 34:19
  39:12 52:21
  53:1
**answering** 30:5
  30:13
**answers** 55:20
**anticipate** 6:25
**anxiety** 9:15,18
  33:21 38:2,4,6
  42:3
**Anything's**
  39:19
**app** 44:12
**APPEARAN...**
  2:1
**applicable** 4:19
**appreciate** 31:4
  40:15
**appropriate**
  6:20
**approximately**
  49:21
**Arab** 43:4
**area** 48:10
**asked** 10:17
  23:16,20 25:25
  27:23 29:25
  34:19 39:12
  52:20
**asking** 7:25 9:5
  20:3 30:7
  34:22 39:9
**associated** 13:11
**Ataylor@sula...**
  2:5
**ATTACHED**
  3:12
**attend** 16:18
**attention** 38:11
**attorney** 34:4
  54:14,16
**attorneys** 11:20
  11:23 22:20,24

33:22
**audible** 45:7
**audio** 44:21,23
  45:6,8,18 46:3
  46:4,22
**Aurora** 15:15
**auto** 53:7
**automatic** 32:22
  33:5,5 34:5,18
  35:7 52:13,18
**automatically**
  41:3
**Avenue** 2:3 13:7
**aware** 28:15,17
**awhile** 23:10

**B**

**B** 3:9
**back** 13:22
  31:20
**background**
  21:6 34:10,14
  35:1 53:4
**ballpark** 22:3
  37:11
**based** 19:23
**basically** 24:9
  38:8
**basis** 8:16
**began** 21:25
  22:2,7,11
**beginning** 45:10
  45:21
**behalf** 2:7,12
  33:9
**believe** 22:12
**best** 8:2
**beyond** 42:18
**Bid** 41:22
**bill** 51:18
**birth** 9:25 14:19
**Blackthorn**
  17:25
**Blueprint** 17:4
**Bob** 12:16,19
**border** 15:16,20
  15:22

**bottom** 50:20
**break** 7:15,16
  7:21
**BRISBOIS** 2:8
**button** 41:4,6

**C**

**C** 54:2
**C.S.R** 54:23
**call** 8:21 9:3,11
  9:15 10:4
  18:22 23:25
  24:10,10,18
  25:1,9 29:21
  31:1 34:4,5
  35:13 38:18
  40:7 47:3 48:6
  48:9 49:6,14
  49:17,21 50:2
  50:10,22,22
  51:3
**called** 1:12 4:4
  19:17,21 21:23
  22:24 24:13
  26:6 33:22
  34:17 35:7,11
  36:13
**calling** 9:14 20:2
  20:4 21:4,6,7
  22:16,16,17
  23:22,24 24:3
  24:9 25:24
  26:8,15 27:7,8
  28:8 29:15,18
  29:21,22,24
  30:4,5,17,19
  30:22 31:1,10
  31:11,12,18
  32:10,16 33:20
  34:1 45:15
  52:10
**calls** 8:11,19,24
  18:9,14,17
  19:2,19 20:16
  20:19,25 21:25
  22:23 23:21
  24:15,20,23

25:7 28:8 29:5
  31:10 33:17
  34:7,20 36:8
  37:9,23 38:7
  41:2 42:13
  47:16 53:2
**car** 25:4 38:7,18
**cards** 40:22
  41:10,12,16
  44:2
**care** 10:23
**careful** 4:10
**carrier** 13:14
**Case** 1:5
**categories** 48:8
**cause** 39:7
**caused** 39:14
**causes** 39:10
**caveat** 7:18
**cell** 13:9,12 18:5
  35:14 48:22
  51:18
**center** 1:8 48:9
**certain** 21:24
**certificates** 17:5
**certification**
  16:24
**certified** 17:3
  54:3
**certify** 30:12
  54:6,11,13
  55:19
**chance** 46:17
**change** 30:10,11
**Changed** 55:2
**Chicago** 1:18
  2:10 5:16,17
  54:19
**children** 14:10
  14:21
**chose** 41:7
**chosen** 40:6
**Christmas** 19:9
  19:10 22:10,11
  23:6,6
**Christmastime**
  22:25 23:2,3

32:20
**circumstance** 41:10
**circumstances** 5:2
**City** 5:15,17
**Civil** 1:13 4:20
**claims** 33:12,15 33:19
**clear** 7:3
**click** 21:8
**clock** 27:14,19 27:25 28:4,7
**closest** 25:17
**collection** 52:2
**collector** 18:19 25:16 27:7
**collectors** 18:14 18:17,18,22 19:16
**college** 16:22
**column** 49:1
**columns** 48:25
**come** 24:16,20 26:2 38:7 41:2
**coming** 25:7 53:10
**communicated** 36:10
**communicatio...** 45:4 46:1
**communities** 43:4
**community** 15:25
**company** 1:7 15:6,18 16:3,4
**complete** 6:24 7:1 55:20
**completed** 16:16
**conclusion** 26:2 26:5 33:18 34:8,20
**conditions** 18:5
**connection** 18:5
**construction** 15:6,18 16:4

**contact** 32:8
**contacted** 36:24
**contacting** 29:14 36:17
**continued** 4:17
**conversation** 24:6,8 26:13 26:15,25 27:3 28:13,16,18,20 29:9 47:5,14
**conversations** 28:11 47:8
**convicted** 17:10
**Cook** 1:17 54:5
**copy** 10:8,10
**correct** 14:19 15:17 33:10 40:8 46:5 48:8 48:19 49:9,15 50:6 51:9,18 52:11 55:21
**correctly** 23:1 34:16
**counsel** 6:6 7:6 7:10 54:14,16
**counting** 13:21 49:24
**County** 1:17 54:2,5
**couple** 51:14
**course** 21:19,20
**courses** 17:4
**court** 1:1 6:11
**Courts** 1:14
**CPA** 17:3
**crafted** 7:24
**currently** 10:23 13:6 14:12 15:2
**customer** 20:18 29:3,7 39:22 40:2,14
**customers** 9:4 9:10 15:4 24:17 29:1 39:8,24 40:5 42:4

**D**

**D** 3:1
**Daher** 2:2 3:4 10:9,13,16 23:16 25:25 26:4 27:23 29:25 30:9 33:17 34:7,19 34:24 35:9 39:12 41:18 46:10,14,20 51:14,17 52:17 52:23 53:6,12
**daily** 33:21
**damages** 42:1,2 42:4,16
**data** 18:4,7
**date** 9:25 13:22 22:5,8 48:24 49:1,4
**dates** 31:3
**daughter's** 14:17
**day** 1:19 8:21,22 24:19 36:14,17 36:21,22,25 37:5,9,21,23 40:9 54:20 55:23
**days** 37:1,2,3,8
**debt** 8:25 9:5,6 9:24 18:14,17 18:18,19,22 19:15 25:16 26:7,7,11 27:7 39:10 40:24
**December** 19:7 19:8,12 49:4,5 49:15,16
**Defendants** 1:9 1:12 2:12
**degrees** 17:7
**depended** 20:8
**dependent** 14:22 14:24
**depends** 40:9

41:8
**deposition** 1:11 3:10 4:16,24 5:3 6:2,8 10:16 11:6,18 14:7 47:19,22 48:1 53:13 54:8,11
**depositions** 1:15 4:22 5:8 6:6
**designation** 48:18
**dial** 48:19
**dialed** 48:11,13
**dialing** 32:23 33:6 34:6,18 35:7 52:19
**Different** 20:8
**digits** 10:2
**direction** 54:10
**directly** 54:17
**disciplined** 42:6 42:8,12
**discuss** 26:21
**discussed** 26:22
**dishes** 41:9
**disrupt** 40:12
**disrupted** 39:16
**disrupting** 34:2 34:3 42:5
**distracted** 25:5 29:2
**distracting** 8:11 8:19
**District** 1:1,2,14 4:21
**division** 1:2 16:12
**divisional** 15:7 15:11
**divorced** 12:10 12:11
**divorces** 14:8
**do-do-do-do** 45:12,14
**document** 47:21 48:2,3
**documents**

11:21
**door** 28:23 29:3 29:7 39:22
**drank** 11:12
**driver's** 10:6,10 10:14,17
**driving** 8:23 20:18 24:16 25:4
**duly** 4:1,5 54:6

**E**

**E** 3:1,9
**earlier** 15:4 18:15
**earliest** 24:25
**EASTERN** 1:2
**education** 16:15
**either** 7:6 14:7 31:1
**elliptical** 39:4
**embarrassing** 9:1,8,23 40:18 41:1
**embarrassment** 40:20
**employed** 15:2 16:9
**employee** 54:14 54:15
**employer** 17:1 42:7,9,13
**ended** 22:15 49:11,19 50:10 51:6
**endurance** 7:14
**engaged** 40:1
**engagement** 40:2
**ENHANCED** 1:6,7
**entity** 25:24
**entry** 50:2,15
**ERC** 1:7 18:24 19:3,16,20,23 24:10,13 25:8 25:15,17 32:8

34:5,17 35:6
35:13,19 36:10
36:13,16 40:7
51:24 52:10
53:2
**ERG** 25:17
**ERGC** 18:21
**especially** 9:23
**estimate** 5:13
**Eva** 44:4,7
**events** 8:23
**ex-husband** 18:2
**ex-husband's**
  12:13
**exact** 22:8 27:19
  32:13
**exactly** 22:1
  25:18 31:2
  43:5 44:1
**examination**
  1:12 3:4,4 4:7
  51:16
**examined** 4:5
**exchange** 45:3
**exhale** 38:14
**Exhibit** 3:10
  47:19,23 48:1
**experienced**
  38:3 40:21
**expert** 34:21
  52:24 53:5
**expressway** 25:5
**extent** 52:15

**F**

**factored** 9:16
**factual** 8:16
**fair** 8:7,8
**familiar** 44:4,10
**family** 8:24 9:5
  24:17 34:3
**fancy** 7:5
**far** 15:14
**fast** 27:4
**Federal** 1:13
  4:19
**feel** 7:25

**felony** 17:10
**female** 26:17,20
**fifteen** 5:14
  37:17,20,25
  49:12
**fifth** 46:21
**filed** 8:13 33:9,9
**finally** 22:15,19
**financially** 14:22
  14:25 54:16
**find** 49:3
**firm** 43:9,10,11
**first** 4:5 6:14
  12:22 32:15,17
  32:18 42:20,23
  43:13,19 54:6
**five** 13:25 17:14
  21:14 27:9
  28:5 36:19,20
  37:13,25
**focus** 40:13
**follows** 4:6
**forget** 5:7
**formal** 5:19
**formally** 43:18
  43:24
**four** 10:2 17:18
  36:18,18,20
  37:3 46:15,21
**frame** 23:11
**Frankfort** 17:21
  17:22,24
**freaked** 25:21
**free** 7:25
**Friday** 49:5
  50:16
**friends** 42:25
  43:2
**full** 4:9 41:9
**further** 51:12
  53:9 54:11,13
**furthest** 15:23

**G**

**Galaxy** 44:16
**game** 41:16
**gathering** 43:3

**general** 6:6
  42:10 43:10,11
**getting** 8:10,18
  8:24 9:3 22:18
  22:18 25:5
  36:24 38:8,9
**give** 6:20 14:6
  21:24 37:11
**given** 4:24 6:2
  55:20
**giving** 5:3
**go** 39:2,3 52:15
**God** 16:14
**going** 6:25 7:20
  22:20 30:10
  34:4 50:1
  52:14
**good** 41:23
**Google** 19:6,14
**Googled** 19:4,5
  19:15,15,24
  20:1 21:21,22
  25:13,14,16,18
**grandmother**
  41:22
**Group** 2:2 42:22
  42:24,25 43:4
  43:16,19
**guess** 27:14
**gym** 38:24 39:2

**H**

**H** 3:9
**H-A-R-T** 16:5
**H-A-R-T-Z** 16:6
**hand** 16:9
**hands** 41:8
**hang** 20:4,5,6,6
  21:5 24:3
  31:21,22,23,24
  31:25 32:1,1,4
**happened** 21:10
  40:10
**harassing** 33:20
**Hartz** 16:4,7,10
**healthy** 29:8
**hear** 7:5 21:5

34:12,13,14
42:20,23 44:24
45:3,7,11,16
45:20 53:1,4
**heard** 33:2 34:9
  34:15,25 35:6
  42:20 45:2,10
  46:5 53:3
**hearing** 19:23
**heck** 9:8
**help** 6:14
**hereunto** 54:18
**Hi** 35:24
**High** 16:17,19
**highest** 16:15
**Highland** 2:3
**home** 14:12
  17:12
**hour** 1:20
**hours** 11:10,13
**Hubbard** 16:19
**HUDSON** 1:25
**human** 35:11
  53:8,8
**hundred** 46:14
**hung** 20:11,21
  21:1
**Hunt** 13:4
**husband** 12:22

**I**

**I-55** 15:13,16
**Identification**
  47:24
**identify** 10:12
  45:13
**III** 2:8
**Illinois** 1:2,17,19
  2:4,10 4:21
  13:8 16:1,8
  17:21 54:1,5
  54:20
**imagine** 6:5
**immediate** 18:2
**immediately**
  17:19
**important** 6:15

6:19,22 7:1
**inbound** 50:22
  50:24
**indirectly** 54:17
**individual** 13:3
  25:24
**individuals** 45:4
**influence** 11:1
**inhale** 38:14
**initial** 4:13
**initiated** 5:19
**interactions**
  44:7
**interested** 54:16
**interrupting**
  8:20,22 33:20

**J**

**JOHNER** 2:8
**Johner.Wilso...**
  2:11
**judge** 7:8
**June** 54:20

**K**

**K** 54:2
**K-A-Y-Y-A-L**
  4:12
**Kayyal** 1:3,11
  3:3 4:3,12,16
  12:7 47:22
  54:6 55:1,19
  55:22
**keep** 6:15,19
  31:11 32:10
**keeps** 34:1
**kind** 44:14
**knew** 5:25
**know** 5:15 7:15
  8:9,25 13:3
  14:1,3 17:25
  19:2,4,18,19
  20:3 22:8
  23:19 25:7,9
  25:12,17 31:2
  31:12 32:14,22
  33:8,12,15

34:17 35:1,6
36:8 40:13,24
41:24,25 43:1
43:4 51:24
52:1,13,18
**known** 12:1
**knows** 34:23

**L**

**lady** 6:10 19:16
**large** 15:8,10
**lasted** 27:3
**latest** 25:3
**Law** 2:2 42:22
42:24,25 43:4
43:16,19
**lawsuit** 8:14,17
33:9,13,16
**lawyers** 42:21
42:21
**leads** 28:23
**leave** 36:1
**led** 5:3
**left** 6:11 35:19
**legal** 33:17 34:7
34:20
**Let's** 20:10
**level** 16:15
**LEWIS** 2:8
**license** 10:6,10
10:15,17 54:24
**life** 33:21 34:3
42:5
**line** 26:12 55:2
**list** 22:17,22
23:23 47:4
48:6
**listed** 48:19,21
**listen** 44:18
**litany** 31:18
**live** 13:6 14:12
17:19,22 18:1
**lived** 17:16
**LLC** 1:7
**local** 4:20
**located** 16:7
**Lombard** 2:4

**long** 5:5,12,13
12:11 13:16
14:1 16:9,12
17:16,22 27:2
**longer** 14:3
17:14 27:11,16
**look** 10:14 40:25
48:2,6,24
**looking** 29:5
46:20
**lose** 39:18
**lost** 42:2,17
**lot** 20:25

**M**

**maiden** 12:7
**male** 26:17
**manifest** 38:3
39:7,11
**manifests** 39:15
**March** 22:7 50:1
50:4,4,4,16,18
51:3
**marijuana**
11:15
**marital** 12:9
**mark** 47:18
**marked** 47:21
**marking** 47:25
**married** 12:17
**MARWAN** 2:2
**matter** 5:10,23
**MAUREEN**
1:16 54:3,23
**Mdaher@sula...**
2:6
**mean** 24:23
30:25 35:23
37:1 39:21
**meaning** 13:18
23:3 28:22
**means** 32:25
**medical** 38:10
38:21
**medication** 11:2
11:9 38:23
**meet** 43:18,22

**members** 43:9
**mention** 43:8
**mentioned** 15:4
18:13 19:17,21
23:20 24:15
25:12 39:6
40:17 43:6,13
**message** 36:1
**messages** 18:11
**met** 43:24
**middle** 4:13
20:18 25:10
**mind** 10:8
**minute** 27:17,22
28:2
**minutes** 27:20
28:5
**mischaracteri...**
52:15
**model** 44:15
**Mohammed**
12:20
**moment** 48:2
**moments** 44:24
**monetary** 42:16
**Montgomery**
15:15
**month** 51:20,21
**months** 23:4,13
**move** 48:10
**multiple** 36:24
37:9,23
**Mustafa** 12:21

**N**

**N** 3:1
**name** 4:9,11
12:7,13 13:4
16:2 19:23
25:15 48:9
**names** 12:2
**need** 7:14 10:9
27:7
**nervous** 38:9
**never** 10:16
18:22 38:19
**noise** 21:5

**nonresponsive**
30:14
**normally** 6:17
**north** 15:12,13
15:14,21
**Northern** 1:2
4:21
**notary** 1:16 54:4
55:25
**notice** 4:17
**number** 13:11
13:14 29:14,19
29:24 30:4,17
30:22 31:1,2,5
31:11,13,18
32:9,13,16
35:14,14,16
37:5 48:19,20
48:21,22 50:25
51:9,25
**numbers** 36:8
**Numerous** 24:21

**O**

**O** 54:2,2
**o'clock** 1:20
**oath** 55:19
**object** 52:14
**objection** 7:7
10:15 23:16
25:25 27:23
29:25 33:17
34:7,19,20
35:9 39:12
52:20
**objections** 7:9
**obviously** 31:12
**occasion** 20:15
23:20 24:11
25:12
**occasions** 36:23
**occupy** 28:24
**occurred** 28:20
**offense** 17:9
**office** 9:4 28:21
28:22,25 54:19
**Oh** 16:14

**okay** 6:20,21 7:3
7:4,11,12,17
7:22 8:4,8 9:7
9:9 17:5 19:19
20:20 29:9
33:24 36:7
37:4 38:19
48:13 50:7
**oldest** 14:16
**once** 21:13
36:13 52:11
**one's** 7:8
**one-time** 23:20
**ones** 17:2 46:19
**operate** 8:5
**order** 41:4
**outside** 47:9
**owe** 9:6,24 25:21
26:7,7 40:24
**owed** 26:10

**P**

**p.m** 1:20 49:17
49:19 51:4,6
53:14
**page** 3:2,10 48:7
55:1,2
**Pardon** 38:16
**Park** 13:7 17:13
**part** 9:15 42:3
**particular** 43:9
**parties** 4:18
54:15
**party** 5:21,23
**pause** 53:1
**Paxton** 13:7
**pay** 51:18,20
**people** 5:7 28:8
34:9,14,25
41:15 42:25
53:4
**percent** 46:14
**person** 20:11
43:6,25 53:8
**personal** 54:10
**personal-injury**
5:10

personally 35:23
pertaining 1:15
    23:21
phone 8:10,18
    8:21 9:3,11,19
    10:4 13:9,12
    18:6,13 20:11
    24:15,18,20
    37:9,23 38:5,7
    38:18 39:9
    40:7,22 41:3
    42:13 44:14,15
    47:3,15 48:11
    48:13,18,22
    50:2 51:18,24
phones 40:23
physician 10:24
pinpoint 23:8
    32:13
place 54:12
Plaintiff 1:4 2:7
plan 18:4,7,8
play 6:18 41:16
    41:20,21,24
    44:17
played 44:23
    45:9,19 46:4
playing 40:22
    41:10,12,12
    44:2,21 45:6
    45:18 46:3,22
plays 41:22
Please 4:9
point 22:14
    25:23 33:25
    34:3
poorly 7:23
portion 48:7
possible 39:19
possibly 42:17
prepare 11:18
present 26:24
presentation
    29:7
presumed 25:20
presumption 8:6
pretty 46:18

prior 12:19,20
    17:20 19:4
    52:15
Privacy 44:10
    44:12
private 28:22
probably 24:2
    27:11 32:17
    38:19 43:3
Procedure 1:14
    4:20
proceed 11:6
proceeding 5:19
produce 10:9
    46:16,19
produced 46:10
    46:13,15
producing 10:8
professional
    17:3
programs 16:24
public 1:16 29:1
    54:4 55:25
pulled 46:19
pursuant 1:13
    4:17,18
put 13:22 29:6

———————
Q
question 6:24
    7:2,19,20 8:6
    29:16 30:2,3,6
    30:6,6,12,13
    30:16 35:3,5,6
    37:7 39:13
questions 7:24
    44:19 51:12,14
quick 27:6
quite 35:3

———————
R
R 2:2
random 24:23
    24:23 28:8
randomly 29:2
range 24:22
reach 22:20

29:11 33:25
    34:3
reached 35:24
read 55:2,19
reads 49:13
really 6:9 32:24
    32:25
reason 7:15 11:5
recall 11:3 17:24
    24:22 28:19
    32:15 36:16,24
    37:19 43:12
receive 18:17
    24:17 37:8
    40:7 47:15
received 18:22
    25:1 37:22
receiving 18:13
    42:14
recognize 46:7
    46:24 47:11
record 4:10,15
    28:10 55:20,20
recorded 28:16
    54:8
recording 44:21
    44:23 45:6,8
    45:18,19,20
    46:3,5,8,11,13
    46:22,25
recordings
    46:15,21
RECOVERY
    1:6
reduced 54:9
refer 42:21
referencing
    48:12,14
referral 43:15
reflect 4:15
reflected 51:1,9
regarding 42:9
    42:13
related 14:7
relative 54:13,15
Relax 39:1
remember 5:6,8

5:11 6:7 11:3
    14:1 18:14,16
    20:13,17,24
    22:9,13 24:12
    24:14,19 27:6
    28:18 43:20
    47:10,17
remove 22:21
removed 23:23
repeat 8:1 33:14
reporter 6:12
    54:4
REPORTING
    1:25
represent 48:5
representative
    29:10,13 31:15
    31:16,19
request 22:21
    23:22
requested 26:14
residence 17:17
RESOURCE
    1:7
respond 7:10,11
response 6:20
    31:15
responses 6:16
    6:19
responsibility
    6:12
review 11:21
right 6:11 7:9,11
    7:16,21 8:3
    18:25 48:25
ring 38:5
rings 9:19
Roy 12:23
rules 1:13 4:19
    4:19,20 6:7
ruling 7:9

———————
S
S 3:9
S-O-H-L 12:16
S7 44:16
sales 17:3,4

39:16,18 42:17
Samar 1:3,11
    3:3 4:3,12,16
    35:24 54:6
    55:1,19,22
sat 11:19
Sauna 38:24
saying 8:24 23:2
    30:5
says 48:11 49:1
scenario 20:9
scenarios 20:12
schedule 32:14
    34:2
school 16:17,19
seal 54:19
seconds 27:4,5
    27:10,13,20
    28:2 49:12,22
    50:13
section 49:3
see 7:7 23:12
    48:7,11,14,25
    50:16,20
seek 38:10,21
seen 48:3
seminars 17:4
service 43:15
    48:9
services 40:6
set 35:21,23
    54:18
seven 12:12 30:9
shaking 38:6,8
    38:21
shared 28:24
sharing 40:16
shhh 45:21
shooken 39:22
Shorthand 54:3
show 47:18
Showing 47:25
shows 7:8
side 16:20
Signature 53:11
    55:1
similar 5:20

**single** 36:14,17
36:22,25 37:9
37:21,23
**sit** 23:9 28:7
**sitting** 6:10,11
8:23 9:2 41:9
**six** 23:3,13
**sleep** 38:4 42:2
**sleeping** 9:18,21
**Smoked** 11:15
**social** 8:23 10:3
10:18
**Sohl** 12:16,19
**solitaire** 41:18
41:20,21
**somebody** 9:3
29:5 35:11
39:9 45:14
**somewhat** 32:25
**Sorry** 32:7
**sound** 10:4
18:24
**south** 2:3 15:16
16:20
**space** 28:23,24
**speak** 11:24
**speaker** 40:23
41:3,5,7,11
**speaking** 36:20
**specific** 30:3
**specifically** 30:8
**specified** 54:12
**spell** 4:10
**spoke** 20:11
26:17,19
**spoken** 6:5
**SS** 54:1
**Star** 44:10,12
**start** 38:5,6,8
**State** 1:17 54:1
54:5
**States** 1:1,14
**stating** 4:9
**status** 12:9
**stenographica...**
54:8
**stop** 22:17 24:4

24:8,9 26:14
27:6,8 29:15
29:21,22 30:5
30:18 31:1,9
31:11,18 34:1
52:10
**stopped** 22:19
22:22,23 23:22
25:11
**street** 1:18 2:9
15:24 17:25
44:4,8
**stress** 9:18 33:21
39:6,7,10,11
39:14
**stressed** 39:23
40:14 42:3
**strike** 24:18
30:13
**stuff** 53:5
**Suite** 1:18 2:4,9
**Sulaiman** 2:2
42:22,24,25
43:3,16,19
**supervise** 15:9
**supervisor** 15:6
15:7,11 16:13
**sure** 7:3 23:1
46:12,18 49:23
**sworn** 4:2,5 54:6
55:23
**system** 32:23
33:6 34:6,18
35:8 52:19

――――――――――
**T**
――――――――――
**T** 2:8 3:9
**take** 7:14,16,21
22:17 38:22
47:4 48:1
**taken** 1:12 4:16
4:18 11:9
54:12 55:19
**talked** 26:13
43:22 47:6
**talking** 18:20
23:12,13 24:11

40:13
**talks** 53:8
**TAYLOR** 2:3
**technology**
52:24
**telephone** 32:23
33:5 34:6,18
35:7,13 52:19
**tell** 20:14,20
22:1 23:23
27:19,24 28:3
28:6,9 29:10
29:13,15,20,21
29:23 30:3,16
30:21 34:1
37:18 38:2,13
40:20 43:2,5
44:1,18 53:7,8
**tells** 7:10
**ten** 21:16 27:12
27:13 37:15,20
**tendency** 40:23
**term** 33:2
**terms** 15:18,20
18:5
**Terrance** 13:4
**territory** 15:8,10
**test** 7:13
**testified** 4:5
**testify** 54:7
**testimony** 5:3
6:3 14:7 18:15
30:18 37:6
52:15 55:19,20
**Text** 18:11
**Thank** 10:20
13:3 16:2
23:17 40:15
51:13 53:9
**thing** 6:15
**things** 6:14,16
7:7
**think** 13:25
20:10 27:21
30:10 31:7
**third** 45:19
**Thirty** 28:2

**three** 12:18
13:19 14:4,21
27:5 36:18,20
37:2 39:3 52:8
**Thursday** 49:15
49:16
**time** 4:17,17 7:6
7:6,14,24 9:19
10:19 19:25
20:1 21:24
22:9 23:11
24:7,19 26:19
27:14,19,25
28:4,7,7 31:2,9
32:15,17,18
38:5 43:19
54:12
**times** 12:17 20:8
20:10,20 21:1
21:2,9,11
23:19 24:21,24
29:2 30:9,25
31:7,9 32:8,11
32:12,12,14
36:16,19,21,24
37:2,5,7,10,12
37:22 39:3
41:8
**Tinley** 13:7
17:13
**today** 6:13,23
8:9 11:7,18
18:15 26:22
47:6 53:10
**today's** 13:22
22:5
**told** 18:16 22:15
24:8 26:10
29:18 30:2
32:9 39:15
52:10
**touch** 41:4,6
**transcript** 6:18
7:3 55:19,20
**Treadmill** 39:4
**treatment** 10:24
38:22

**tried** 38:19
**true** 55:20,20
**truth** 54:7
**try** 5:7 38:15,17
39:3
**trying** 23:11,12
24:1 29:11
**TV** 7:7
**twenty** 5:14
21:18 27:13
**twice** 37:2
**two** 39:3 48:25
52:6
**typewriting** 54:9

――――――――――
**U**
――――――――――
**uh-huh** 6:17
12:25 14:20
31:23 32:5,19
36:4 46:6
48:15
**uh-uh** 6:17
**uncommon**
40:11,12
**Underneath**
48:18
**understand** 7:25
8:13 23:1
27:15 30:18
34:16 37:4,5,6
**understanding**
33:4
**understood** 8:7
27:21 34:22
**United** 1:1,14
**unlimited** 18:8,8
18:9
**Uno** 41:24
**upper** 48:7
**upset** 22:18
**use** 40:6 43:15

――――――――――
**V**
――――――――――
**various** 29:2
**verbal** 6:16,19
**verify** 10:11
**Verizon** 13:15

13:16 18:6
**video** 1:25 45:8
**voice** 47:12
**voicemail** 35:20
35:21,22,25
**Voicemails** 36:3
**voices** 45:7,16
45:24 46:7,24
**vs-** 1:5

---

**W**

**W-R-I-G-H-T**
12:24
**wait** 6:24 7:1
**waive** 53:12
**walk** 20:12 29:1
39:8,23 40:3
**walked** 29:3
39:24
**walks** 29:7 39:22
**want** 23:1 44:17
48:6,10,24
49:3
**wanted** 19:17
**washing** 41:9
**wasn't** 24:8 29:8
32:13 37:4
**way** 8:2
**we'll** 7:16 8:5
**we're** 23:12,13
47:25
**we've** 26:22
**week** 39:3
**welcome** 10:21
**well-known** 43:1
43:7
**weren't** 46:10,12
**West** 1:18 2:9
**whereof** 54:18
**Whist** 41:22
**Whoa** 40:25
**Wilson** 2:8 3:4
4:8,15,23
10:11,14,19,22
23:17,18 26:1
26:9 28:1 30:1
30:11,15 33:23

34:11,22 35:2
35:12 39:14,17
41:19 44:22
46:12,18,23
51:12 52:14,20
53:9
**wireless** 13:15
18:4
**witness** 3:2 4:1,4
10:21 26:5
27:24 33:19
34:9,25 35:10
39:16 52:22
53:7 54:18
**WOODMAN**
1:16 54:3,23
**Woodridge** 16:8
**word** 29:4
**words** 7:5
**work** 16:3 28:21
34:2 38:25
39:8 43:21
51:5
**workday** 8:20
**worked** 38:9,20
**workplace** 42:4
**Wright** 12:23
**writing** 36:11
**wrong** 29:14,19
29:24 30:4,17
30:22 31:1,2,5
31:11,12,17
32:9,16

---

**X**

**X** 3:1,9

---

**Y**

**yeah** 17:6 19:25
20:2 27:18
31:10 32:3
38:8 40:24
47:7 49:25
**year** 14:18 19:8
22:4,9 23:5,5
23:14,15 52:4
**years** 5:14 12:12

13:17,18,25
14:4 16:11,14
17:14,23 52:6
52:8
**yoga** 38:15,17
38:19
**young** 6:10
**youngest** 14:17

---

**Z**

---

**0**

**084-002740**
54:24

---

**1**

**1** 3:11 47:19,23
48:1
**1-800-310-1769**
1:25
**1:00** 1:20
**1:10:07** 51:4
**1:14:07** 51:6
**1:17-cv-02718**
1:6
**1:52:45** 49:17
**1:53:07** 49:19
**10:00** 25:2
**10:50:03** 50:3,8
**10:50:52** 50:11
**105** 51:21
**10th** 1:19
**11** 17:23
**11:43:01** 49:7
**11:43:16** 49:11
**12th** 54:20
**16** 16:14
**16737** 13:7
**16th** 49:4,5
**1995** 14:16

---

**2**

**2:08** 53:14
**20** 16:11
**200** 2:4
**2015** 13:23
**2016** 23:2,7 49:4

**2017** 19:12 22:7
23:3 50:2,17
51:4
**2018** 1:19 54:21
55:23
**22** 49:21
**22nd** 49:15,16
**24** 11:10,13
**24th** 50:16 51:3
**2500** 2:3

---

**3**

**300** 1:18 2:9
**312.463.3340**
2:10

---

**4**

**4-51** 3:4
**40** 50:13
**4667** 35:15
**47** 3:11

---

**5**

**51-53** 3:4
**550** 1:18 2:9

---

**6**

**6:00** 25:4
**60148** 2:4
**60477** 13:8
**60661** 2:10
**630.575.8181**
2:5

---

**7**

**7:00** 25:4
**708-743-4667**
13:13
**7th** 50:1,5,18

---

**8**

**8/28/1966** 10:1
**8:00** 25:4
**8291** 10:5
**85** 14:16

---

**9**

**90** 14:17

---

**95** 14:17