# Exhibit D

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SAMAR KAYYAL, <br><br> Plaintiff, <br><br> v. <br><br> ENHANCED RECOVERY COMPANY, LLC a/k/a ERC and ENHANCED RESOURCE CENTER, <br><br> Defendant. | Case No. 1:17-cv-02718 <br><br> Honorable John J. Tharp, Jr. <br><br> Magistrate Judge Sidney I. Schenkier |

## NOTICE OF MANUAL FILING

PLEASE TAKE NOTICE that Samar Kayyal ("Plaintiff") has manually filed the following: Flash Drive containing an audio recording from March 24, 2017.

This exhibit has not been filed electronically because it is an object and cannot be electronically filed.

This Flash Drive has been manually served on all parties.

Respectfully submitted this 28th day of September 2018.

> s/ Mohammed O. Badwan
> Mohammed O. Badwan
> Sulaiman Law Group, Ltd.
> 2500 South Highland Avenue,
> Suite 200
> Lombard, IL 60148
> (630) 575-8181 x114
> mbadwan@sulaimanlaw.com
> *Attorney for Plaintiff*

1

2

## CERTIFICATE OF SERVICE

I hereby certify I caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

s/ Mohammed O. Badwan
Mohammed O. Badwan