# Exhibit F

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SAMAR KAYYAL, | |
| Plaintiff, | 1:17-cv-02718 |
| v. | Honorable Judge John J. Tharp, Jr. |
| ENHANCED RECOVERY COMPANY, LLC a/k/a ERC and ENHANCED RESOURCE CENTER, | Honorable Mag. Judge Sidney I. Schenkier |
| Defendant. | |

## PLAINTIFF'S REQUESTS TO PRODUCE

NOW comes SAMAR KAYYAL ("Plaintiff"), by and through her attorneys, Sulaiman Law Group, Ltd., and pursuant to Rule 34 of the Federal Rules of Civil Procedure, hereby serves upon ENHANCED RECOVERY COMPANY, LLC a/k/a ERC and ENHANCED RESOURCE CENTER ("Defendant"), the following Requests for Production of Documents. Defendant is requested by way of a proper officer to, within 30 days of this request, fully respond to the production requested herein. Please send a hard copy of all responses to 900 Jorie Blvd., Suite 150, Oak Brook, Illinois, 60523 and via electronic mail to osulaiman@sulaimanlaw.com.

### DEFINITIONS AND INSTRUCTIONS

Plaintiff incorporates by reference herein those Definitions and Instructions set forth in Plaintiff's First Set of Interrogatories.

### REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS

Defendant is required to produce for inspection and copying all of the following categories of documents to Plaintiff's counsel:

1.      Please produce any and all documentation describing, in detail, both the opt-in and opt-out processes for individuals You place calls to relating to a collection of a debt owed to You or serviced by You.

**RESPONSE:**


2.      Please produce copies of all recordings of Your phone calls made to Plaintiff's cellular phone during the relevant time period.

**RESPONSE:**


3.      Please produce records of any phone call(s) made to Plaintiff's cellular phone number during the relevant time period, regardless of whether or not You left a message.

**RESPONSE:**


4.      Please produce any and all of Your records pertaining to Plaintiff.

**RESPONSE:**


5.      Please provide copies of any written correspondence(s) mailed, including email, to Plaintiff during the relevant time period.

**RESPONSE:**


6.      Please provide all emails, voicemails, collection records, data records, statements, telephone recordings, or any other form of data related to Plaintiff.

**RESPONSE:**


7.      Please provide a list of all telephone numbers registered to and/or subscribed to the service that enables You to place outgoing phone calls.

**RESPONSE:**

8. Please provide any and all documentation describing the methods for reporting on outgoing calls made, the content of those calls and the call treatment performed when a called party responds to the call.

**RESPONSE:**

9. Please provide any and all documented data retention policies and a description of the data retention policies actually in place.

**RESPONSE:**

10. Please provide copies of each and every exhibit, known at this time, that You will seek to introduce into evidence at trial.

**RESPONSE:**

11. Please provide copies of the operation manual(s) for all systems employed by You to place or cause to be placed phone calls in relation to collecting upon outstanding debts owed to You or third parties.

**RESPONSE:**

12. Please provide all court orders and judgments in which You have been found to have violated the FDCPA and/or the TCPA.

**RESPONSE:**

13. Please provide all documents pertaining to any phone calls placed by You to Plaintiff's cellular phone number during the relevant time period.

**RESPONSE:**

14. Please provide all documents relating to the technology employed by Your collections department to place outgoing phone calls during the relevant time period.

**RESPONSE:**

15. Please provide Your internal procedures or manual(s) relating to the collection of delinquent accounts or loans.

**RESPONSE:**

16. Please provide all Timelines of data available from online systems – for how far back does online data exist for each automated phone call application.

**RESPONSE:**

17. Please provide all Timelines of data available from archived systems – for how far back does backup and archived data exist for each automated phone call or text message application.

**RESPONSE:**

18. Please provide any and all information, documentation and technical manuals as to whether the telephone dialing system used to call Plaintiff's cellular phone number has the capacity to store cellular telephone numbers to be called (regardless if it was used this way).

**RESPONSE:**

19. Please provide any and all documents establishing that Plaintiff provided You with consent to be called on Plaintiff's cellular phone number.

**RESPONSE:**

20. Please provide all documents, if any, You mailed to Plaintiff after this instant case was filed on May 4, 2017.

**RESPONSE:**

21.     Please produce Your internal servicing notes or similar documents for the Plaintiff or the account in question.

**RESPONSE:**


22.     Please provide any and all call detail records from the system employed by You to place calls to Plaintiff, including originating calling party number, date and time number was dialed, type of number (i.e., home, work, cellular or other), how the number was called (e.g., predictive mode, preview mode, manual mode, etc.), call disposition/treatment, call notes on the account, etc.

**RESPONSE:**


23.     Please provide any and all user guide(s) for the telecommunications/dialing systems employed by You to place calls to Plaintiff.

**REPONSE:**


24.     Please provide any and all system administrator manual(s) for the telecommunications/dialing systems employed by You to place calls to Plaintiff.

**RESPONSE:**


25.     Please provide any and all architecture manual(s) for the telecommunications/dialing systems employed by You to place calls to Plaintiff.

**RESPONSE:**


26.     Please provide any and all system integration manual(s) for the telecommunications/dialing systems employed by You to place calls to Plaintiff.

**RESPONSE:**


27.     Please provide any and all database and system reference manual(s) for the telecommunications/dialing systems employed by You to place calls to Plaintiff.

**RESPONSE:**

28. Please provide any and all other technical manuals, network architecture diagrams, booklets, guidelines and memoranda regarding the collections and telecommunications/dialing systems employed by You to place calls to Plaintiff.

**RESPONSE:**

29. Please provide any and all policy and/or practice manuals regarding the use of telephones by Your collections department.

**RESPONSE:**

30. Please provide any and all documentation describing the means for determining methodology for initiating and invoking the telephone equipment and systems to make outgoing collection calls to accounts.

**RESPONSE:**

31. Please provide any and all information as to whether the collectors use different telephones or the same telephone used in a different capacity depending whether the call is auto-dialed or not.

**RESPONSE:**

32. Please provide any and all written data retention policies and a description of the data retention policies actually in place.

**RESPONSE:**

33. Please provide any and all documentation describing the methods for reporting on outgoing calls made, the content of those calls and the call treatment performed when a called party does not answer the call (e.g. abandoned call, voice-mail, etc.).

**RESPONSE:**

34.     Please provide any and all documentation describing the call recording and reporting procedures for outgoing collection calls.

**RESPONSE:**


35.     Please provide any and all policies and procedures for managing electronic information, including:

   a.   Individuals with administrative level access to the network.
   b.   User permissions for accessing, modifying, and deleting data.
   c.   Utilization of data deletion programs.
   d.   Schedule for formatting hard drives or reinstalling software applications.

**RESPONSE:**


36.     Please provide any and all documents relating to the servers or computers serving as a central repository of any information for the organization – information should include:

   a.   Physical location of each system (i.e., data centers).
   b.   Operating systems and versions of each system.
   c.   Business purpose of each system (e.g. web-server, accounting system, fileserver, etc.).
   d.   Critical applications running on each system, and the versions of each.
   e.   Critical databases or information stores found on each system.

**RESPONSE:**


37.     All documents that you provided to any governmental agency or committee that has investigated or is currently investigating You concerning allegations that You violated or may have violated the FDCPA and/or TCPA, including, but not limited to, documents provided to the Consumer Financial Protection Bureau and State Attorneys General.

**RESPONSE:**

38. Please provide any and all documents relating to all individuals (names and positions) responsible for access to information systems on the network (e.g., accounting systems, operations systems, human resources databases).

**RESPONSE:**


39. All records and/or call recordings that reflect that Plaintiff requested that You cease calls to Plaintiff's cellular phone number.

**RESPONSE:**


40. All records and/or call recordings that reflect conversations that took place between Plaintiff and Your representative identified as "Kelsey McDonald."

**RESPONSE:**


41. Please provide any business policies regarding acceptable use of computers and other technology systems.

**RESPONSE:**


42. Please produce a copy of any insurance policy that may satisfy all or part of a possible judgment in the action or that may indemnify or reimburse for payments made to satisfy any potential judgment or finding of liability.

**RESPONSE:**


43. Please provide any documents describing, constituting, summarizing, supporting or referring to Your First Affirmative Defense to Plaintiff's Complaint, set forth in Your Answer and Affirmative Defenses to Plaintiff's Complaint.

**RESPONSE:**


44. Please provide any documents identified or referred to in your Rule 26(a)(1) disclosures.

**RESPONSE:**

45.     Please provide any documents and correspondence referred to by any person who aided in the preparation of the responses to Plaintiff's discovery requests.

**RESPONSE:**

                              Respectfully submitted,

                              s/ Omar T. Sulaiman

                              Omar T. Sulaiman, Esq. #6322837
*Counsel for Plaintiff*
Sulaiman Law Group, Ltd.
900 Jorie Blvd., Suite 150
Oak Brook, Illinois 60523
(630) 575-8181 x108 (phone)
(630) 575-8188 (fax)
osulaiman@sulaimanlaw.com

## **CERTIFICATE OF SERVICE**

The undersigned, one of the attorneys for Plaintiff, certifies that on June 16, 2017, he caused a copy of the foregoing, **PLAINTIFF'S REQUESTS TO PRODUCE**, to be served via email on:

**Johner T. Wilson III**
Lewis Brisbois Bisgaard & Smith, LLP
550 West Adams Street
Suite 300
Chicago, Illinois 60661
Johner.Wilson@lewisbrisbois.com
*Counsel for Defendant Enhanced Recovery Company LLC*

s/ Omar T. Sulaiman

Omar T. Sulaiman
*Counsel for Plaintiff Samar Kayyal*