UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SAMAR KAYYAL, | Case No: 1:17-cv-02718 |
| Plaintiff, | |
| v. | Honorable Judge John J. Tharp, Jr. |
| ENHANCED RECOVERY COMPANY, LLC a/k/a ERC and ENHANCED RESOURCE CENTER, | |
| Defendant. | |

**PRETRIAL ORDER**

Plaintiff SAMAR KAYYAL ("Plaintiff") and Defendant ENHANCED RECOVERY COMPANY, LLC a/k/a ERC and ENAHNCED RESOURCE CENTER ("ERC" or "Defendant"), by and through their undersigned counsel, and pursuant to the Court's October 3, 2019 order, submitting the pretrial order as follows:

### I. Jurisdiction:

The court has jurisdiction over Plaintiff's Fair Debt Collection Practices Act claims (15 U.S.C. §1692 *et seq*.) pursuant to 28 U.S.C. §1331 (federal question).

### II. Trial Attorneys:

#### a. Plaintiff:

> Mohammed O. Badwan
> Sulaiman Law Group, Ltd.
> 2500 S. Highland Ave., Ste. 200
> Lombard, IL 60491
> Office: (630) 575-8180
> Cellular: (708) 263-5558
> mbadwan@sulaimanlaw.com

    b. **Defendant:**

>Stephen H. Turner
>Stephen R. Niemeyer
>Lewis Brisbois Bisgaard & Smith LLP
>633 W. 5th Street, Ste. 4000
>Los Angeles, CA 90071
>Stephen H. Turner's Office: (213) 250-1800
>Stephen H. Turner's Cellular: (213) 926-7442
>stephen.turner@lewisbrisbois.com
>Stephen R. Niemeyer's Office: (312) 345-1718
>stephen.niemeyer@lewisbrisbois.com

**III.**    **Case Statement:**

   **A.**    **Plaintiff's Proposed Case Statement:**

This case is brought by Plaintiff, a consumer, against ERC, a debt collector, for alleged violations of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq*. Congress expressly found that "there is abundant evidence of the use of abusive, deceptive, and unfair debt collection practices by many debt collectors." *Baldwin v. McCalla, Raymer, Padrick, Cobb, Nichols & Clark, L.L.C.*, 1999 WL 284788, at *3 (N.D. Ill. 1999) *citing* 15 U.S.C. §1692(a). The FDCPA is a consumer protection statute designed to "eliminate abusive debt collection practices by debt collectors." *Suesz v. Med-1 Solutions, LLC,* 757 F.3d 636, 639 (7th Cir. 2014).

Plaintiff alleges that ERC violated multiple sections of the FDCPA by placing dozens of collection calls to her cellular phone in a misguided attempt to collect a debt owed by a third party that has no relationship with Plaintiff. Specifically, Plaintiff alleges that ERC's phone calls violated the following sections of the FDCPA:

    **1.**    **§1692d:**

Plaintiff alleges that ERC's phone calls violated §1692d because the natural consequence of the calls was to harass, oppress, or abuse.

  **2.** **§1692d(5):**

Plaintiff alleges that ERC violated §1692d(5) by causing Plaintiff's telephone to ring repeatedly and continuously with the intent to annoy, abuse, or harass..

  **3.** **§1692e(2)(A):**

Plaintiff alleges that ERC's phone calls violated §1692e(2) because the calls would have misled an unsophisticated consumer into believing that he/she owed the debt that ERC was attempting to collect.[1]

  **B.** **Defendant's Proposed Case Statement**

ERC is a company that services debts on behalf of its clients. ERC was retained by its client, AT&T, to service a debt that a third party incurred with AT&T. ERC conducted a scrub of the third party debtor's telephone number through a vendor to find telephone numbers that are associated with the person ERC is attempting to reach. ERC's vendor provided telephone number ending in 4667 as a number for the third party debtor.

ERC placed calls to telephone number ending in 4667 in an attempt to reach the intended third party debtor. ERC spoke to Plaintiff on March 7, 2017. During the March 7, 2017 call, ERC's collector asked to speak with the third party debtor. In response, Plaintiff asked ERC to take her off the phone list. ERC did so immediately. That was the last call ERC made to Plaintiff's telephone number. ERC denies that it violated any section of the FDCPA.

---

[1] Pursuant to the Court's ruling on ERC's Motion for Summary Judgment, the applicable standard for Plaintiff's §1692e(2) claim is "is not subjective –whether the consumer actually believed that the caller was asserting that a debt was owed—but objective: whether an unsophisticated consumer would be misled or deceived into thinking that she owed a debt." [Dkt. 75, pg. 9, fn. 3]

IV. **Witness Lists:**

A. **Plaintiff's Witness List:**

    1. **Witnesses Who Will Be Called:**

        (i) Plaintiff Samar Kayyal

        (ii) Jason Davis, ERC's Chief Compliance Officer

        (iii) Richard "Rocky" Landoll, ERC's Director of Legal

        (iv) Christine Wilcox, ERC's collection agent

        (v) Kelsey McDonald, ERC's collection agent

        (vi) Representative of Verizon Wireless

    2. **Witnesses That May Be Called:**

        (i) Shelly Gensmer, ERC's Vice President of Legal and Compliance

    3. **Witnesses Whose Testimony Will Be Presented by Deposition or Other Prior Testimony:** None.

B. **Defendant's Witness List:**

    1. **Witnesses Who Will Be Called:**

        (i) Plaintiff Samar Kayyal.

        (ii) Jason Davis, ERC's Chief Compliance Officer

        (iii) Shelly Gensmer, ERC's Vice President of Legal and Compliance

        (iv) Richard "Rocky" Landoll, ERC's Director of Legal

    2. **Witnesses That May Be Called:** Other than the witnesses listed above, there are no other witnesses that ERC may call

      **3.** **Witnesses Whose Testimony Will Be Presented by Deposition or Other Prior Testimony:** None.

**V.** **Exhibit List:**

  **A.** **Plaintiff's Exhibit List:**

    **1.** **ERC Account Notes for Subject Account (April 26, 2017) (ERC 02338-02341):**

      (i) Date of document: April 26, 2017

      (ii) Brief Description: business record for the account ERC was attempting to collect when it placed calls to Plaintiff's cellular phone.

    **2.** **ERC Outbound Call Report for Plaintiff's Phone Number (ERC 02342-02343)**

      (i) Date of document: unknown

      (ii) Brief Description: business records for the outbound calls placed by ERC to Plaintiff's cellular phone.

    **3.** **ERC Contract with LiveVox (ERC 02069-02130)**

      (i) Date of document: February 13, 2014

      (ii) Brief Description: contract between ERC and LiveVox, the third party entity that provided ERC with outbound calling technology to place outbound calls to Plaintiff.

    **4.** **LiveVox Records for Outbound Calls to Plaintiff's Phone Number (LV-Kayyal 001)**

      (i) Date: unknown

      (ii)      Brief Description: LiveVox business records for the outbound calls made by ERC to Plaintiff's cellular phone.

**5.     ERC Phone Recording (ERC 02371)**

      (i)      Date of Recording: March 24, 2017

      (ii)      Brief Description: call recording of a phone call between ERC and Plaintiff.

**6.     ERC Phone Recording (ERC 009)**

      (i)      Date of Recording: March 7, 2017

      (ii)      Brief Description: call recording of a phone call between ERC and Plaintiff.

**7.     Deposition Transcript of Jason Davis**

      (i)      Date of document: May 30, 2018

      (ii)      Brief Description: deposition transcript of ERC's Fed. R. Civ. P. 30(b)(6) witness.

**8.     Declaration of Richard "Rocky" Landoll**

      (i)      Date of document: September 27, 2018

      (ii)      Brief Description: declaration submitted by ERC regarding ERC's phone calls to Plaintiff and the methodology employed by ERC to obtain contact information for the consumers that it is attempting to collect debts from.

**9.     Verizon Wireless Records for Plaintiff's Phone Number**

      (i)      Date of document: unknown

    (ii)  Brief Description: Verizon Wireless' business records for Plaintiff's phone number.

**10. ERC's Responses to Plaintiff's Interrogatories**

    (i)  Date of document: August 16, 2017

    (ii)  Brief Description: ERC's responses to interrogatories propounded by Plaintiff.

**11. ERC's Responses to Plaintiff's Requests for Production**

    (i)  Date of document: August 16, 2017

    (ii)  Brief Description: ERC's responses to requests for production propounded by Plaintiff.

**12. ERC's Responses to Plaintiff's Requests to Admit**

    (i)  Date of document: August 16, 2017

    (ii)  Brief Description: ERC's responses to requests to admit propounded by Plaintiff.

**B. <u>Defendant's Exhibit List:</u>**

**1. ERC's placement information (Bate stamp nos. (SK) ERC 02344-2370) - subject to protective order because documents contain third party debtor information.**

    (i)  Date: No date

    (ii)  Brief Description: Information ERC was provided with when the account for the third party debtor was placed with ERC

2. **ERC's redacted account notes for the third party debtor ERC attempted to reach (Bate stamp nos. (SK) ERC 001-004 )**

   (i) Date: April 26, 2017

   (ii) Brief Description: The account notes reflect a complete description the actions taken (e.g., telephone calls, letters sent and received, etc.) with respect to the third party debtor's account.

3. **Audio recording of Plaintiff's automated voice message during a December 16, 2016 call by ERC to telephone number ending in 4667 (Bate stamp no. (SK) 009(1))**

   (i) Date of recording: December 16, 2016

   (ii) Brief Description: Audio recording of a December 16, 2016 call by ERC to telephone number ending in 4667 (14 second call)

4. **Audio recording of a December 22, 2016 call by ERC to telephone number ending in 4667  (Bate stamp no. (SK) ERC 02334)**

   (i) Date of recording: December 22, 2016

   (ii) Brief Description: Audio recording of a December 22, 2016 call by ERC to telephone number ending in 4667 (4 second call, no conversation)

5. **Audio recording between Plaintiff and ERC's representative during a March 7, 2017 call to telephone number ending in 4667 (Bate stamp**

**no. (SK) 009(2)) – subject to protective order because recording contains third party debtor information.**

      (i)      Date of recording: March 7, 2017

      (ii)     Brief Description: Audio recording between Plaintiff and ERC's representative during a March 7, 2017 call to telephone number ending in 4667 (24 second call)

6. **Audio recording between Plaintiff and ERC's representative during a March 24, 2017 call from Plaintiff to ERC (Bate stamp no. (SK) ERC 02371)**

      (i)      Date of recording: March 24, 2017

      (ii)     Brief Description: Audio recording between Plaintiff and ERC's representative during a March 24, 2017 call from Plaintiff to ERC (3 minute, 3 second call)

7. **ERC's redacted call log of calls to telephone number ending in 4667 (Bate stamp nos. (SK) ERC 005-006)**

      (i)      Date of document: No date

      (ii)     Brief Description: Redacted call log of calls to telephone number ending in 4667

8. **ERC's policies and procedures including skip tracing and collection of debts (Bate stamp nos. (SK) ERC 010-1913; 1927-1994; 2069-2333.) – subject to protective order because documents contain confidential and proprietary information.**

      (i)      Date of document: Various dates

      (ii)     Brief Description: ERC's policies and procedures including skip tracing and collection of debts

9. **Deposition Transcript of Jason Davis**

      (i)     Date of document: May 30, 2018

      (ii)     Brief Description: deposition transcript of ERC's Fed. R. Civ. P. 30(b)(6) witness

10. **Deposition Transcript of Plaintiff**

      (i)     Date of document: May 10, 2018

      (ii)     Brief Description: deposition transcript of Plaintiff's deposition

11. **Plaintiff's Answer and Objections to ERC's First Set of Interrogatories**

      (i)     Date of document: February 20, 2018

      (ii)     Brief Description: Plaintiff's responses to interrogatories propounded by ERC

12. **Plaintiff's Answer and Objections to ERC's First Set of Requests for Admission**

      (i)     Date of document: February 26, 2018

      (ii)     Brief Description: Plaintiff's responses to requests for admission propounded by ERC

13. **Plaintiff's Answer and Objections to ERC's First Set of Requests for Production of Documents**

      (i)     Date of document: February 20, 2018

      (ii)  Brief Description: Plaintiff's responses to requests for production of documents propounded by ERC

  **C.**  **Damage Itemization:**

    **1.**  Plaintiff is seeking statutory and actual damages for her FDCPA claims pursuant to 15 U.S.C. §§1692k(a)(1) and (2)(A). Plaintiff is seeking $1,000 in statutory damages and $4,200 in actual damages ($100 per phone call placed by ERC to Plaintiff's cellular phone). Plaintiff is also seeking her attorney's fees and costs pursuant to 15 U.S.C. §1692k(a)(3). Plaintiff's damages will be determined by the jury and Plaintiff's attorney's fees and costs will be determined by the Court in the event Plaintiff prevails.

**VI.**  **Motions in Limine:**

  **A.**  **Plaintiff:** none

  **B.**  **Defendant:** none

**VII.**  **Proposed Voir Dire:**

  **A.**  *See* **attached Exhibit A.**

**VIII.**  **Jury Instructions:**

  **A.**  *See* **attached Exhibit B**

**IX.**  **Trial Briefs:**

  **A.**  **Plaintiff:** none

  **B.**  **Defendant:** none

Respectfully Submitted,

| | |
|---|---|
| /s/ *Mohammed O. Badwan* | */s/ Stephen H. Turner* |
| Mohammed O. Badwan, Esq. | Stephen H. Turner |
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| Sulaiman Law Group, Ltd. | Lewis Brisbois Bisgaard & Smith LLP |
| 2500 South Highland Avenue, Suite 200 | 633 W. 5th Street, Ste. 4000 |
| Lombard, Illinois 60148 | Los Angeles, CA 90071 |
| (630) 575-8180 | (213) 250-1800 |
| mbadwan@sulaimanlaw.com | stephen.turner@lewisbrisbois.com |